**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kyle**<br>First name<br><br>Middle name<br><br>**Fidler**<br>Last name and Suffix (Sr., Jr., II, III) | **Jessica**<br>First name<br><br>Middle name<br><br>**Fidler**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2928 | xxx-xx-7015 |

Debtor 1    **Kyle Fidler**

Debtor 2    **Jessica Fidler**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **1190 Coral Springs Drive**<br>**Cicero, IN 46034**<br>Number, Street, City, State & ZIP Code<br><br>**Hamilton**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Kyle Fidler** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Jessica Fidler** | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

---

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

☒ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Kyle Fidler** | | |
|---|---|---|---|
| Debtor 2 | **Jessica Fidler** | | Case number *(if known)* |

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.  Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

☑ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

**Kae Jak LLC**
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑   None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1      **Kyle Fidler**

Debtor 2      **Jessica Fidler**

Case number *(if known)*

| | |
|---|---|
| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Voluntary Petition for Individuals Filing for Bankruptcy**

Debtor 1    **Kyle Fidler**
Debtor 2    **Jessica Fidler**                                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Kyle Fidler** | **/s/ Jessica Fidler** |
|---|---|
| **Kyle Fidler** | **Jessica Fidler** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **November 11, 2022** | Executed on    **November 11, 2022** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Kyle Fidler** | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Jessica Fidler** | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard J Shea**                               Date    **November 11, 2022**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Richard J Shea**
Printed name

**Sawin & Shea LLC**
Firm name

**6100 N KEYSTONE AVE STE 620**
**INDIANAPOLIS, IN 46220-2430**
Number, Street, City, State & ZIP Code

Contact phone  **317-255-2600**          Email address    **ecf@sawinlaw.com**

**21396-53 IN**
Bar number & State

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                                    )        Case No. _____
**Kyle Fidler**                                           )
**Jessica Fidler**                                        )        ☐ Check if this form is submitted with an amended creditor
_____                  )        list.
                                        Debtor(s).  )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   **November 11, 2022**                           **/s/ Kyle Fidler**
_____                         _____
                                                         **Kyle Fidler**
                                                         Signature of Debtor

                                                         **/s/ Jessica Fidler**
                                                         _____
                                                         **Jessica Fidler**
                                                         Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

1ST SOURCE BANK
ATTN: BANKRUPTCY
PO BOX 1602
SOUTH BEND, IN 46634


1ST SOURCE BANK
PO BOX 1602
SOUTH BEND, IN 46634


ADT, LLC
3190 S VAUGHN WAY
AURORA, CO 80014


AMERICAN TIRE DISTRIBUTORS
2855 FORTUNE CIRCLE WEST
INDIANAPOLIS, IN 46241


AMERICREDIT/GM FINANCIAL
ATTN: BANKRUPTCY
PO BOX 183853
ARLINGTON, TX 76096


AMERICREDIT/GM FINANCIAL
PO BOX 181145
ARLINGTON, TX 76096


AUTOMOTIVE FINANCE CORP
11299 ILLINOIS STREET
CARMEL, IN 46032

```
BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899


BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON, DE 19899


CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131


CARSFORSALE.COM, INC.
POB 91537
SIOUX FALLS, SD 57109


CHRISTINA BRUNO
KINETIC ADVANTAGE, LLC
10333 NORTH MERIDIAN STREET, STE. 400
INDIANAPOLIS, IN 46290


CHRYSLER CAPITAL
PO BOX 660335
DALLAS, TX 75266-0335
```

```
CITIBANK/BEST BUY
CITICORP CREDIT SRVS/CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179




CITIBANK/BEST BUY
PO BOX 6497
SIOUX FALLS, SD 57117




COMCAST BUSINESS
PO BOX 70219
PHILADELPHIA, PA 19176




COMENITY BANK/BUCKLE
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218




COMENITY BANK/BUCKLE
PO BOX 182789
COLUMBUS, OH 43218




CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS, NV 89193




CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193
```

```
CWS/CW NEXUS
ATTN: CARD SERVICES
PO BOX 9201
OLD BETHPAGE, NY 11804



CWS/CW NEXUS
PO BOX 9201
OLD BETHPAGE, NY 11804



DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054



DISCOVER FINANCIAL
POB 15316
WILMINGTON, DE 19850



DOVENMUEHLE MORTGAGE, INC.
ATTN: BANKRUPTCY
1 CORPORATE DRIVE, SUITE 360
LAKE ZURICH, IL 60047



DOVENMUEHLE MORTGAGE, INC.
1 CORPORATE DR
LAKE ZURICH, IL 60047



DUKE ENERGY
PO BOX 1326
CHARLOTTE, NC 28201-1326
```

EQUIFAX INFORMATION SERVICES, LLC
PO BOX 740256
ATLANTA, GA 30374-0256


EXPERIAN'S NATIONAL CONSUMER ASSIST CTR.
PO BOX 4500
ALLEN, TX 75013


FINANCIAL CENTER FIRST CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 26501
INDIANAPOLIS, IN 46226


FINANCIAL CENTER FIRST CREDIT UNION
P.O. BOX 26501
INDIANAPOLIS, IN 46226


FIRST MERCHANTS BANK
ATTN: BANKRUPTCY
200 E JACKSON ST
MUNCIE, IN 47305


FIRST MERCHANTS BANK
200 E JACKSON ST
MUNCIE, IN 47305


FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS, SD 57117

```
FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107




FORTIVA
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348




FORTIVA
POB 105555
ATLANTA, GA 30348




FREEDOM PLUS
ATTN: BANKRUPTCY
PO BOX 2340
PHOENIX, AZ 85002




FREEDOM PLUS
1875 SOUTH GRANT STREET
SAN MATEO, CA 94402




GYMIES FITNESS CENTER
47 W. JACKSON STREET
CICERO, IN 46034




HAMILTON COUNTY AUDITOR
33 NORTH NINTH STREET
SUITE L21
NOBLESVILLE, IN 46060
```

```
HAMILTON COUNTY TREASURER
33 N. NINTH ST.
NOBLESVILLE, IN 46060




HUNTINGTON BANK
ATTN: BANKRUPTCY
PO BOX 182519
COLUMBUS, OH 43218




HUNTINGTON BANK
ATTN: BANKRUPTCY
PO BOX 89424
CLEVELAND, OH 44101




HUNTINGTON BANK
106 S. MAIN ST.
AKRON, OH 44308




HUNTINGTON BANK
PO BOX 1558
COLUMBUS, OH 43216




HUNTINGTON NATIONAL BANK
ATTN: BANKRUPTCY
PO BOX 340996
COLUMBUS, OH 43234




HUNTINGTON NATIONAL BANK
PO BOX 1558
COLUMBUS, OH 43216
```

```
IDR
BANKRUPTY SECTION
100 N. SENATE AVE, MS 108
INDIANAPOLIS, IN 46204




INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT
PO BOX 7346
PHILADELPHIA, PA 19101-7346




KEYBANK
ATTN: BANKRUPTCY
OH-01-51-0622 4910 TIEDMAN RD.
BROOKLYN, OH 44144




KEYBANK
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144




KEYBANK/US BANK/CC
ATTN: BANKRUPTCY
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144




KEYBANK/US BANK/CC
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144




KINETIC ADVANTANGE LLC
10333 NORTH MERIDIAN STREET
INDIANAPOLIS, IN 46290
```

```
LENDCLUB BNK
ATTN: BANKRUPTCY
595 MARKET STREET, SUITE 200
SAN FRANCISCO, CA 94105




LENDCLUB BNK
595 MARKET ST
SAN FRANCISCO, CA 94105




MACYS/FDSB
ATTN: BANKRUPTCY
9111 DUKE BOULEVARD
MASON, OH 45040




MACYS/FDSB
PO BOX 6789
SIOUX FALLS, SD 57117




MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236




MARINER FINANCE
P.O. BOX 43490
BALTIMORE, MD 21236




NASA FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 1588
BOWIE, MD 20717
```

NASA FEDERAL CREDIT UNION
ATTN LOAN SERVICING DPT
UPPER MARLBORO, MD 20774

NAVIENT
ATTN: CLAIMS DEPT
PO BOX 9500
WILKES-BARRE, PA 18773

NAVIENT
ATTN: BANKRUPTCY
PO BOX 9640
WILKES-BARRE, PA 18773

NAVIENT
PO BOX 9635
WILKES BARRE, PA 18773

NAVIENT
PO BOX 9500
WILKES BARRE, PA 18773

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119

NAVY FCU
ATTN: BANKRUPTCY
P.O. BOX 3000
MERRIFIELD, VA 22119

```
NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119



NAVY FCU
1 SECURITY PLACE
MERRIFIELD, VA 22116



NAVY FCU
820 FOLLIN LANE
VIENNA, VA 22180



NAVY FCU
820 FOLLIN LANE SE
VIENNA, VA 22180



NIPSCO
PO BOX 13007
MERRILLVILLE, IN 46411-3007



ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3251
EVANSVILLE, IN 47731



ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE, IN 47706
```

```
PENNYMAC LOAN SERVICES, LLC
ATTN: CORRESPONDENCE UNIT
PO BOX 514387
LOS ANGELES, CA 90051
```

```
PENNYMAC LOAN SERVICES, LLC
PO BOX 514387
LOS ANGELES, CA 90051
```

```
RICHARD T. AVIS, ATTORNEY & ASSOCIATES
POB 31579
CHICAGO, IL 60631
```

```
RUBIN & LEVIN P.C.
135 N PENNSYLVANIA ST, SUITE 1400
INDIANAPOLIS, IN 46204
```

```
SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
PO BOX 961245
FORT WORTH, TX 76161
```

```
SYNCB/KITTLES FURNIT
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896
```

```
SYNCB/KITTLES FURNIT
C/O PO BOX 965036
ORLANDO, FL 32896
```

SYNCHRONY BANK/CARE CREDIT
ATTN:  BANKRUPTCY DEPT
PO BOX 965064
ORLANDO, FL 32896


SYNCHRONY BANK/CARE CREDIT
C/O PO BOX 965036
ORLANDO, FL 32896


SYNCHRONY BANK/HHGREGG
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/HHGREGG
C/O PO BOX 965036
ORLANDO, FL 32896


SYNCHRONY BANK/JCPENNEY
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/JCPENNEY
PO BOX 965007
ORLANDO, FL 32896


SYNCHRONY BANK/LOWES
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK/LOWES
PO BOX 956005
ORLANDO, FL 32896


SYNCHRONY BANK/SAMS CLUB
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/SAMS CLUB
PO BOX 965005
ORLANDO, FL 32896


SYNCHRONY/PAYPAL CREDIT
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY/PAYPAL CREDIT
PO BOX 965005
ORLANDO, FL 32896


TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CHESTER, PA 19016-2000


UPLIFT, INC.
ATTN: BANKRUPTCY
801 EL CAMINO REAL
MENLO PARK, CA 94025

UPLIFT, INC.


USDOE/GLELSI
ATTN: BANKRUPTCY
PO BOX 7860
MADISON, WI 53707


USDOE/GLELSI
2401 INTERNATIONAL LANE
MADISON, WI 53704


WELLS FARGO HOME MORTGAGE
WRITTEN CORRESPONDENCE RESOLUTIONS
MAC#2301-04E POB 10335
DES MOINES, IA 10335


WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES, IA 50306


WM CORPORATE SERVICES, INC.
AS PAYMENT AGENT
POB 4648
CAROL STREAM, IL 60197-4648