UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF01007N (rev 06/2017)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
      Debtors.

Case No. **22–04587–JJG–13**

# DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Chapter 13 Plan due November 28, 2022
- Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C–1) due November 28, 2022
- Debtor's Pay Advices or Statement in Lieu due November 28, 2022
- Joint Debtor's Pay Advices or Statement in Lieu due November 28, 2022
- Attorney Disclosure of Compensation due November 28, 2022
- Statement of Financial Affairs with Declaration due November 28, 2022
- Summary of Assets and Liabilities with Declaration due November 28, 2022
- Schedules A/B through J with Declaration due November 28, 2022

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated: November 14, 2022

Eric R. Kleis
Clerk, U.S. Bankruptcy Court