# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 11/14/2022 |
| Case: 22−04587−JJG−13 | Form ID: SF01007N | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Richard John Shea, Jr.    ecf@sawinlaw.com

                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Kyle Fidler      1190 Coral Springs Drive     Cicero, IN 46034
jdb    Jessica Fidler   1190 Coral Springs Drive     Cicero, IN 46034

                                                                                                              TOTAL: 2