# Notice Recipients

District/Off: 0756−1     User: admin     Date Created: 11/15/2022
Case: 22−04587−JJG−13     Form ID: b309i     Total: 109

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
16474357    Uplift, Inc.
    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kyle Fidler    1190 Coral Springs Drive    Cicero, IN 46034
jdb    Jessica Fidler    1190 Coral Springs Drive    Cicero, IN 46034
ust    U.S. Trustee    Office of U.S. Trustee    46 E Ohio Street, Room 520    Indianapolis, IN 46204
tr    John Morgan Hauber    Office of John M. Hauber, Chapter 13 Trustee    320 N. Meridian St., Ste. 200    Indianapolis, IN 46204
aty    Richard John Shea, Jr.    Sawin & Shea, LLC    6100 N. Keystone    Suite 620    Indianapolis, IN 46220
16474261    1st Source Bank    Attn: Bankruptcy    Po Box 1602    South Bend, IN 46634
16474262    1st Source Bank    Po Box 1602    South Bend, IN 46634
16474263    ADT, LLC    3190 S Vaughn Way    Aurora, CO 80014
16474265    AmeriCredit/GM Financial    Attn: Bankruptcy    Po Box 183853    Arlington, TX 76096
16474266    AmeriCredit/GM Financial    Po Box 181145    Arlington, TX 76096
16474264    American Tire Distributors    2855 Fortune Circle West    Indianapolis, IN 46241
16474267    Automotive Finance Corp    11299 Illinois Street    Carmel, IN 46032
16474268    Barclays Bank Delaware    Attn: Bankruptcy    Po Box 8801    Wilmington, DE 19899
16474269    Barclays Bank Delaware    P.o. Box 8803    Wilmington, DE 19899
16474270    Capital One    Attn: Bankruptcy    P.O. Box 30285    Salt Lake City, UT 84130
16474271    Capital One    Po Box 31293    Salt Lake City, UT 84131
16474272    Carsforsale.com, Inc.    POB 91537    Sioux Falls, SD 57109
16474273    Christina Bruno    Kinetic Advantage, LLC    10333 North Meridian Street, Ste. 400    Indianapolis, IN 46290
16474274    Chrysler Capital    PO Box 660335    Dallas, TX 75266−0335
16474275    Citibank/Best Buy    Citicorp Credit Srvs/Centralized Bk dept    Po Box 790034    St Louis, MO 63179
16474276    Citibank/Best Buy    Po Box 6497    Sioux Falls, SD 57117
16474277    Comcast Business    PO Box 70219    Philadelphia, PA 19176
16474278    Comenity Bank/Buckle    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
16474279    Comenity Bank/Buckle    Po Box 182789    Columbus, OH 43218
16474280    Credit One Bank    Attn: Bankruptcy Department    Po Box 98873    Las Vegas, NV 89193
16474281    Credit One Bank    Po Box 98872    Las Vegas, NV 89193
16474282    Cws/cw Nexus    Attn: Card Services    Po Box 9201    Old Bethpage, NY 11804
16474283    Cws/cw Nexus    Po Box 9201    Old Bethpage, NY 11804
16474284    Discover Financial    Attn: Bankruptcy    Po Box 3025    New Albany, OH 43054
16474285    Discover Financial    Pob 15316    Wilmington, DE 19850
16474287    Dovenmuehle Mortgage, Inc.    1 Corporate Dr    Lake Zurich, IL 60047
16474286    Dovenmuehle Mortgage, Inc.    Attn: Bankruptcy    1 Corporate Drive, Suite 360    Lake Zurich, IL 60047
16474288    Duke Energy    PO Box 1326    Charlotte, NC 28201−1326
16474289    Equifax Information Services, LLC    PO Box 740256    Atlanta, GA 30374−0256
16474290    Experian's National Consumer Assist Ctr.    PO Box 4500    Allen, TX 75013
16474291    Financial Center First Credit Union    Attn: Bankruptcy    Po Box 26501    Indianapolis, IN 46226
16474292    Financial Center First Credit Union    P.o. Box 26501    Indianapolis, IN 46226
16474294    First Merchants Bank    200 E Jackson St    Muncie, IN 47305
16474293    First Merchants Bank    Attn: Bankruptcy    200 E Jackson St    Muncie, IN 47305
16474296    First Premier Bank    3820 N Louise Ave    Sioux Falls, SD 57107
16474295    First Premier Bank    Attn: Bankruptcy    Po Box 5524    Sioux Falls, SD 57117
16474297    Fortiva    Attn: Bankruptcy    Po Box 105555    Atlanta, GA 30348
16474298    Fortiva    Pob 105555    Atlanta, GA 30348
16474300    Freedom Plus    1875 South Grant Street    San Mateo, CA 94402
16474299    Freedom Plus    Attn: Bankruptcy    Po Box 2340    Phoenix, AZ 85002
16474301    Gymies Fitness Center    47 W. Jackson Street    Cicero, IN 46034
16474302    Hamilton County Auditor    33 North Ninth Street    Suite L21    Noblesville, IN 46060
16474303    Hamilton County Treasurer    33 N. Ninth St.    Noblesville, IN 46060
16474306    Huntington Bank    106 S. Main St.    Akron, OH 44308
16474304    Huntington Bank    Attn: Bankruptcy    Po Box 182519    Columbus, OH 43218
16474305    Huntington Bank    Attn: Bankruptcy    Po Box 89424    Cleveland, OH 44101
16474307    Huntington Bank    Po Box 1558    Columbus, OH 43216
16474308    Huntington National Bank    Attn: Bankruptcy    Po Box 340996    Columbus, OH 43234
16474309    Huntington National Bank    Po Box 1558    Columbus, OH 43216
16474310    IDR    Bankrupty Section    100 N. Senate Ave, MS 108    Indianapolis, IN 46204
16474311    Internal Revenue Service    Attn: Bankruptcy Dept    PO Box 7346    Philadelphia, PA 19101−7346
16474313    KeyBank    4910 Tiedeman Road    Brooklyn, OH 44144
16474312    KeyBank    Attn: Bankruptcy    Oh−01−51−0622 4910 Tiedman Rd.    Brooklyn, OH 44144
16474315    KeyBank/US Bank/CC    4910 Tiedeman Road    Brooklyn, OH 44144

| | | | | |
|---|---|---|---|---|
| 16474314 | KeyBank/US Bank/CC | Attn: Bankruptcy | 4910 Tiedeman Road | Brooklyn, OH 44144 |
| 16474316 | Kinetic Advantange LLC | 10333 North Meridian Street | Indianapolis, IN 46290 | |
| 16474318 | Lendclub Bnk | 595 Market St | San Francisco, CA 94105 | |
| 16474317 | Lendclub Bnk | Attn: Bankruptcy | 595 Market Street, Suite 200 | San Francisco, CA 94105 |
| 16474319 | Macys/fdsb | Attn: Bankruptcy | 9111 Duke Boulevard | Mason, OH 45040 |
| 16474320 | Macys/fdsb | Po Box 6789 | Sioux Falls, SD 57117 | |
| 16474321 | Mariner Finance | Attn: Bankruptcy | 8211 Town Center Drive | Nottingham, MD 21236 |
| 16474322 | Mariner Finance | P.o. Box 43490 | Baltimore, MD 21236 | |
| 16474324 | NASA Federal Credit Union | Attn Loan Servicing Dpt | Upper Marlboro, MD 20774 | |
| 16474323 | NASA Federal Credit Union | Attn: Bankruptcy | Po Box 1588 | Bowie, MD 20717 |
| 16474326 | Navient | Attn: Bankruptcy | Po Box 9640 | Wilkes−Barre, PA 18773 |
| 16474325 | Navient | Attn: Claims Dept | Po Box 9500 | Wilkes−Barre, PA 18773 |
| 16474328 | Navient | Po Box 9500 | Wilkes Barre, PA 18773 | |
| 16474327 | Navient | Po Box 9635 | Wilkes Barre, PA 18773 | |
| 16474330 | Navy FCU | 1 Security Place | Merrifield, VA 22116 | |
| 16474331 | Navy FCU | 820 Follin Lane | Vienna, VA 22180 | |
| 16474332 | Navy FCU | 820 Follin Lane Se | Vienna, VA 22180 | |
| 16474329 | Navy FCU | Attn: Bankruptcy | Po Box 3000 | Merrifield, VA 22119 |
| 16474333 | Nipsco | PO Box 13007 | Merrillville, IN 46411−3007 | |
| 16474334 | OneMain Financial | Attn: Bankruptcy | Po Box 3251 | Evansville, IN 47731 |
| 16474335 | OneMain Financial | Po Box 1010 | Evansville, IN 47706 | |
| 16474505 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 16474336 | PennyMac Loan Services, LLC | Attn: Correspondence Unit | Po Box 514387 | Los Angeles, CA 90051 |
| 16474337 | PennyMac Loan Services, LLC | Po Box 514387 | Los Angeles, CA 90051 | |
| 16474338 | Richard T. Avis, Attorney & Associates | POB 31579 | Chicago, IL 60631 | |
| 16474339 | Rubin & Levin P.C. | 135 N Pennsylvania St, Suite 1400 | Indianapolis, IN 46204 | |
| 16474340 | Santander Consumer USA | Attn: Bankruptcy | Po Box 961245 | Fort Worth, TX 76161 |
| 16474341 | Syncb/kittles Furnit | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 16474342 | Syncb/kittles Furnit | C/o Po Box 965036 | Orlando, FL 32896 | |
| 16474343 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | Po Box 965064 | Orlando, FL 32896 |
| 16474344 | Synchrony Bank/Care Credit | C/o Po Box 965036 | Orlando, FL 32896 | |
| 16474347 | Synchrony Bank/JCPenney | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 16474348 | Synchrony Bank/JCPenney | Po Box 965007 | Orlando, FL 32896 | |
| 16474349 | Synchrony Bank/Lowes | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 16474350 | Synchrony Bank/Lowes | Po Box 956005 | Orlando, FL 32896 | |
| 16474351 | Synchrony Bank/Sams Club | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 16474352 | Synchrony Bank/Sams Club | Po Box 965005 | Orlando, FL 32896 | |
| 16474345 | Synchrony Bank/hhgregg | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 16474346 | Synchrony Bank/hhgregg | C/o Po Box 965036 | Orlando, FL 32896 | |
| 16474353 | Synchrony/PayPal Credit | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 16474354 | Synchrony/PayPal Credit | Po Box 965005 | Orlando, FL 32896 | |
| 16474355 | TransUnion Consumer Solutions | PO Box 2000 | Chester, PA 19016−2000 | |
| 16474992 | U.S. Attorney's Office | 10 W Market St Ste 2100 | Indianapolis IN 46204−3048 | |
| 16474359 | USDOE/GLELSI | 2401 International Lane | Madison, WI 53704 | |
| 16474358 | USDOE/GLELSI | Attn: Bankruptcy | Po Box 7860 | Madison, WI 53707 |
| 16474356 | Uplift, Inc. | Attn: Bankruptcy | 801 El Camino Real | Menlo Park, CA 94025 |
| 16474361 | Wells Fargo Home Mortgage | Po Box 10335 | Des Moines, IA 50306 | |
| 16474360 | Wells Fargo Home Mortgage | Written Correspondence Resolutions | Mac#2301−04e Pob 10335 | Des Moines, IA 10335 |
| 16474362 | Wm Corporate Services, Inc. | As Payment Agent | POB 4648 | Carol Stream, IL 60197−4648 |

TOTAL: 108