United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 22-04587-JJG |
| Kyle Fidler | Chapter 13 |
| Jessica Fidler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 14, 2022 | Form ID: SF01007N | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Morgan Hauber | ecfmail@hauber13.com ecfmail1@hauber13.com |
| Richard John Shea, Jr. | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com |
| Richard John Shea, Jr. | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT  SF01007N (rev 06/2017)
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Kyle Fidler**,  Case No. **22–04587–JJG–13**
**Jessica Fidler**,

       Debtors.

## **DEFICIENCY NOTICE FOR BANKRUPTCY PETITION**

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Chapter 13 Plan due November 28, 2022
- Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C–1) due November 28, 2022
- Debtor's Pay Advices or Statement in Lieu due November 28, 2022
- Joint Debtor's Pay Advices or Statement in Lieu due November 28, 2022
- Attorney Disclosure of Compensation due November 28, 2022
- Statement of Financial Affairs with Declaration due November 28, 2022
- Summary of Assets and Liabilities with Declaration due November 28, 2022
- Schedules A/B through J with Declaration due November 28, 2022

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy-forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above-captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated:  November 14, 2022         Eric R. Kleis
                                  Clerk, U.S. Bankruptcy Court