United States Bankruptcy Court

Southern District of Indiana

In re:  
Kyle Fidler  
Jessica Fidler  
    Debtors

Case No. 22-04587-JJG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 15, 2022 | Form ID: b309i | Total Noticed: 107 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |
| 16474262 | + | 1st Source Bank, Po Box 1602, South Bend, IN 46634-1602 |
| 16474261 | + | 1st Source Bank, Attn: Bankruptcy, Po Box 1602, South Bend, IN 46634-1602 |
| 16474264 | + | American Tire Distributors, 2855 Fortune Circle West, Indianapolis, IN 46241-5565 |
| 16474272 | + | Carsforsale.com, Inc., POB 91537, Sioux Falls, SD 57109-1537 |
| 16474273 | + | Christina Bruno, Kinetic Advantage, LLC, 10333 North Meridian Street, Ste. 400, Indianapolis, IN 46290-1112 |
| 16474292 | + | Financial Center First Credit Union, P.o. Box 26501, Indianapolis, IN 46226-0501 |
| 16474291 | + | Financial Center First Credit Union, Attn: Bankruptcy, Po Box 26501, Indianapolis, IN 46226-0501 |
| 16474301 | + | Gymies Fitness Center, 47 W. Jackson Street, Cicero, IN 46034-5041 |
| 16474315 | + | KeyBank/US Bank/CC, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16474314 | + | KeyBank/US Bank/CC, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16474316 | + | Kinetic Advantange LLC, 10333 North Meridian Street, Indianapolis, IN 46290-1150 |
| 16474322 | + | Mariner Finance, P.o. Box 43490, Baltimore, MD 21236-0490 |
| 16474324 | | NASA Federal Credit Union, Attn Loan Servicing Dpt, Upper Marlboro, MD 20774 |
| 16474338 | + | Richard T. Avis, Attorney & Associates, POB 31579, Chicago, IL 60631-0579 |
| 16474360 | | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2301-04e Pob 10335, Des Moines, IA 10335 |
| 16474362 | | Wm Corporate Services, Inc., As Payment Agent, POB 4648, Carol Stream, IL 60197-4648 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@sawinlaw.com | Nov 15 2022 21:42:00 | Richard John Shea, Jr., Sawin & Shea, LLC, 6100 N. Keystone, Suite 620, Indianapolis, IN 46220 |
| tr | + | Email/Text: BNC@Hauber13.com | Nov 15 2022 21:42:00 | John Morgan Hauber, Office of John M. Hauber, Chapter 13 Tru, 320 N. Meridian St., Ste. 200, Indianapolis, IN 46204-1772 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Nov 15 2022 21:43:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1907 |
| 16474263 | + | Email/Text: amscbankruptcy@adt.com | Nov 15 2022 21:43:00 | ADT, LLC, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 16474267 | | Email/Text: bankruptcy@autofinance.com | Nov 15 2022 21:42:34 | Automotive Finance Corp, 11299 Illinois Street, Carmel, IN 46032 |
| 16474265 | + | EDI: PHINAMERI.COM | Nov 16 2022 02:38:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 16474266 | + | EDI: PHINAMERI.COM | Nov 16 2022 02:38:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 16474268 | + | EDI: TSYS2 | Nov 16 2022 02:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 16474269 | + | EDI: TSYS2 | | |

| District/off: 0756-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: b309i | Total Noticed: 107 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 16 2022 02:38:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 16474270 | + | EDI: CAPITALONE.COM | Nov 16 2022 02:38:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16474271 | + | EDI: CAPITALONE.COM | Nov 16 2022 02:38:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16474274 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 21:43:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 16474275 | + | EDI: CITICORP.COM | Nov 16 2022 02:38:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 16474276 | + | EDI: CITICORP.COM | Nov 16 2022 02:38:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16474277 | + | EDI: COMCASTCBLCENT | Nov 16 2022 02:38:00 | Comcast Business, PO Box 70219, Philadelphia, PA 19176-0219 |
| 16474278 | + | EDI: WFNNB.COM | Nov 16 2022 02:38:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16474279 | + | EDI: WFNNB.COM | Nov 16 2022 02:38:00 | Comenity Bank/Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 16474280 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2022 21:52:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 16474281 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2022 21:52:28 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 16474283 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 21:52:35 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 16474282 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 21:52:21 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 16474285 | | EDI: DISCOVER.COM | Nov 16 2022 02:38:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 16474287 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 15 2022 21:42:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Dr, Lake Zurich, IL 60047 |
| 16474286 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 15 2022 21:42:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 16474319 | + | EDI: CITICORP.COM | Nov 16 2022 02:38:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16474284 | + | EDI: DISCOVER.COM | Nov 16 2022 02:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16474288 | | Email/Text: lynn.colombo@duke-energy.com | Nov 15 2022 21:43:00 | Duke Energy, PO Box 1326, Charlotte, NC 28201-1326 |
| 16474289 | ^ | MEBN | Nov 15 2022 21:39:54 | Equifax Information Services, LLC, PO Box 740256, Atlanta, GA 30374-0256 |
| 16474290 | ^ | MEBN | Nov 15 2022 21:41:02 | Experian's National Consumer Assist Ctr., PO Box 4500, Allen, TX 75013-1311 |
| 16474294 | | Email/Text: creditcontrolbk@firstmerchants.com | Nov 15 2022 21:43:00 | First Merchants Bank, 200 E Jackson St, Muncie, IN 47305 |
| 16474293 | | Email/Text: creditcontrolbk@firstmerchants.com | Nov 15 2022 21:43:00 | First Merchants Bank, Attn: Bankruptcy, 200 E Jackson St, Muncie, IN 47305 |
| 16474300 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 15 2022 21:42:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 16474299 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 15 2022 21:42:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |

District/off: 0756-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　Page 3 of 5
Date Rcvd: Nov 15, 2022　　　　　　　　　　　　　Form ID: b309i　　　　　　　　　　　　　　　Total Noticed: 107

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 16474296 | + EDI: AMINFOFP.COM | Nov 16 2022 02:38:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16474295 | + EDI: AMINFOFP.COM | Nov 16 2022 02:38:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 16474297 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 15 2022 21:42:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16474298 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 15 2022 21:42:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 16474302 | Email/Text: susan.byer@hamiltoncounty.in.gov | Nov 15 2022 21:42:00 | Hamilton County Auditor, 33 North Ninth Street, Suite L21, Noblesville, IN 46060 |
| 16474303 | Email/Text: susan.byer@hamiltoncounty.in.gov | Nov 15 2022 21:42:00 | Hamilton County Treasurer, 33 N. Ninth St., Noblesville, IN 46060 |
| 16474306 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 21:43:00 | Huntington Bank, 106 S. Main St., Akron, OH 44308-1417 |
| 16474307 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 21:43:00 | Huntington Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 16474305 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 21:43:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 16474304 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 21:43:00 | Huntington Bank, Attn: Bankruptcy, Po Box 182519, Columbus, OH 43218-2519 |
| 16474308 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 21:43:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 16474309 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 21:43:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 16474310 | + Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Nov 15 2022 21:43:00 | IDR, Bankrupty Section, 100 N. Senate Ave, MS 108, Indianapolis, IN 46204-2217 |
| 16474311 | EDI: IRS.COM | Nov 16 2022 02:38:00 | Internal Revenue Service, Attn: Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16474312 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 15 2022 21:43:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 16474313 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 15 2022 21:43:00 | KeyBank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16474318 | + EDI: LENDNGCLUB | Nov 16 2022 02:38:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 16474317 | + EDI: LENDNGCLUB | Nov 16 2022 02:38:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 16474320 | + EDI: CITICORP.COM | Nov 16 2022 02:38:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16474321 | + Email/Text: bankruptcy@marinerfinance.com | Nov 15 2022 21:42:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 16474323 | Email/Text: e-bankruptcy@nasafcu.com | Nov 15 2022 21:42:00 | NASA Federal Credit Union, Attn: Bankruptcy, Po Box 1588, Bowie, MD 20717 |
| 16474326 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 02:38:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 16474325 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 02:38:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 16474328 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 02:38:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 16474327 | + EDI: NAVIENTFKASMDOE.COM | Nov 16 2022 02:38:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 16474332 | + EDI: NFCU.COM | | |

**Case 22-04587-JJG-13   Doc 9   Filed 11/17/22   EOD 11/18/22 00:18:34   Pg 4 of 7**

| District/off: 0756-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: b309i | Total Noticed: 107 |

| | | | | |
|---|---|---|---|---|
| 16474331 | + | EDI: NFCU.COM | Nov 16 2022 02:43:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 16474330 | | EDI: NFCU.COM | Nov 16 2022 02:43:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 16474329 | + | EDI: NFCU.COM | Nov 16 2022 02:43:00 | Navy FCU, 1 Security Place, Merrifield, VA 22116 |
| 16474333 | | Email/Text: nipscobankruptcymailbox@nisource.com | Nov 16 2022 02:43:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| | | | Nov 15 2022 21:43:00 | Nipsco, PO Box 13007, Merrillville, IN 46411-3007 |
| 16474334 | + | EDI: AGFINANCE.COM | Nov 16 2022 02:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 16474335 | + | EDI: AGFINANCE.COM | Nov 16 2022 02:38:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 16474505 | + | EDI: RECOVERYCORP.COM | Nov 16 2022 02:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16474336 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2022 21:52:23 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16474337 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2022 21:52:29 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16474339 | + | Email/Text: fileroom@rubin-levin.net | Nov 15 2022 21:43:00 | Rubin & Levin P.C., 135 N Pennsylvania St, Suite 1400, Indianapolis, IN 46204-2489 |
| 16474340 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 21:43:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 16474341 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Syncb/kittles Furnit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16474342 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Syncb/kittles Furnit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 16474343 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 16474344 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 16474348 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 16474347 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16474349 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16474350 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 16474351 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16474352 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 16474345 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16474346 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 16474354 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |

District/off: 0756-1 | User: admin | Page 5 of 5
Date Rcvd: Nov 15, 2022 | Form ID: b309i | Total Noticed: 107

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16474353 | + | EDI: RMSC.COM | Nov 16 2022 02:38:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16474355 | ^ | MEBN | Nov 15 2022 21:41:10 | TransUnion Consumer Solutions, PO Box 2000, Chester, PA 19016-2000 |
| 16474992 | + | Email/Text: USAINS.ECFBankruptcy@usdoj.gov | Nov 15 2022 21:42:00 | U.S. Attorney's Office, 10 W Market St Ste 2100, Indianapolis IN 46204-1986 |
| 16474356 | | Email/Text: bankruptcies@uplift.com | Nov 15 2022 21:42:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 16474358 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 15 2022 21:42:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 16474359 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 15 2022 21:42:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 16474361 | + | EDI: WFFC2 | Nov 16 2022 02:38:00 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 90

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16474357 | | Uplift, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2022      Signature:      /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kyle Fidler<br>Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2928<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Jessica Fidler<br>Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7015<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 13: | November 11, 2022 |
| Case number: | 22–04587–JJG–13 | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/2020

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, or certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge within the deadlines specified in this notice. Creditors who want a debt excepted from discharge may be required to file a complaint by the same deadline. (See "Discharge of debts" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtors on this case, the debtors must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtors' full name** | Kyle Fidler | Jessica Fidler |
| 2. | **Other names**<br>(used in last 8 years) | dba Kae Jak LLC | None |
| 3. | **Address** | 1190 Coral Springs Drive<br>Cicero, IN 46034 | 1190 Coral Springs Drive<br>Cicero, IN 46034 |
| 4. | **Debtors' attorney**<br>Name and address | Richard John Shea Jr.<br>6100 N. Keystone<br>Suite 620<br>Indianapolis, IN 46220 | Contact info: 317–255–2600 or<br>ecf@sawinlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Morgan Hauber<br>Office of John M. Hauber, Chapter 13 Trustee<br>320 N. Meridian St., Ste. 200<br>Indianapolis, IN 46204 | Contact info: 317–636–1062 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET<br><br>Contact info: 317–229–3800 |
| 7. | **Meeting of creditors**<br>Both debtors must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **December 22, 2022 at 01:30 PM Eastern**<br><br>**The debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtors at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:  **Telephonic**<br>Trustee:   **John Morgan Hauber**<br>Phone:     **877–428–9062**<br>Passcode: **5008935** |
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if 11 U.S.C. § 523(a)(2) or (4) applies to your claim and you seek to have it excepted from discharge. | **February 21, 2023**<br>**You must file a motion by the deadline:**<br>• if you assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f). |
| | | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Instructions for filing a proof a claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtors filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | For governmental units only:<br>**May 10, 2023**<br><br>For all others:<br>**January 20, 2023** |
| | | **Objection to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtors, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| 9. | **Filing of plan** | The debtors have not filed a plan. You will receive a separate notice with a copy of the plan when it is filed. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtors will remain in possession of the property and may continue to operate the business unless the court orders otherwise. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of your debt. Unless the court orders otherwise, the discharge will not be effective until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If 11 U.S.C. § 523(a)(2) or (4) applies to your claim and you seek to have it excepted from discharge, you must file a complaint and pay the filing fee by the deadline. If you assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |
| 13. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. The debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtors, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |