UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER | ) CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER | ) |
| | ) |
| DEBTORS | ) |

## **CERTIFICATE OF SERVICE AND NOTICE TO ADDED CREDITORS**

      I hereby certify that on November 21, 2022 the attached Notice to Added Creditors and the documents listed on that notice were mailed by first class U.S. mail, postage prepaid and properly addressed, to the following added creditors:

Westlake Flooring
4751 Wilshire Blvd #100
Los Angeles, CA  90010

American Express
PO Box 650448
Dallas TX 75265-0448

      Respectfully submitted,


      By: /s/ Richard Shea
      Sawin & Shea, LLC
      Attorneys for Debtor
      6100 N KEYSTONE AVE STE 620
      INDIANAPOLIS IN  46220-2430
      ecf@sawinlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER | ) CASE NO. 22-04587-JJG |
| JESSICA FIDLER | ) |
| | ) |
| DEBTOR(S) | ) |

## NOTICE TO ADDED CREDITORS

NOTICE IS GIVEN that you have been added as a creditor in this Bankruptcy case. The following documents are provided with this Notice:

❏ notice of meeting of creditors, December 22, 2022 @ 1:30

❏ (plan or amended plan) dated November 21, 2022

By: /s/ Richard Shea
Sawin & Shea LLC
Attorneys for Debtor
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com