

**BILL OF SALE**
State Form 44237 (R5 / 4-21)
INDIANA BUREAU OF MOTOR VEHICLES

INSTRUCTIONS    1. Complete in blue or black ink or print form

## VEHICLE OR WATERCRAFT INFORMATION

**Vehicle or Hull Identification Number:** S Y L 5 2 5 8 9 J 5 1 6

| Year | Make | Model |
|---|---|---|
| 2016 | Sylvan | Mirage 852C LZ |

| Overall Length of Vessel (Watercraft only) | State of Principal Operation (Watercraft only) | Registration Number (if applicable, watercraft only) | Date of Issuance (mm/dd/yyyy) (Watercraft only) |
|---|---|---|---|
|  |  | IN 3843 DW |  |

**Propulsion Type:** ☒ Propeller

## SALE INFORMATION

| Purchase Price | Date of Sale |
|---|---|
| 15,000.00 | 11/18/2022 |

I do hereby sell, transfer and convey all rights for the above vehicle / watercraft to the purchaser in consideration of the sale payment amount. I certify that the vehicle / watercraft is not subject to any liens that are the responsibility of the seller.

I swear or affirm that the information I have entered on this form is correct. I understand that making a false statement may constitute the crime of perjury.

**Signature of Seller:** [signature]    **Date:** 11/18/2022
**Printed Name of Seller:** Hiler Kyle

**Signature of Seller:** [signature]    **Date:**
**Printed Name of Seller:**

**Address of Seller:** 1140 Coral Springs Dr.
**City:** Cicero    **State:** IN    **ZIP Code:** 46034

I swear or affirm that the information entered on this form is correct. I understand that making a false statement may constitute the crime of perjury.

I understand that this Bill of Sale may serve as a temporary certificate of number for a watercraft. This temporary certificate of number is valid for a period of time not to exceed forty-five (45) days from the date of sale contained within this form.

**Signature of Purchaser:** [signature]    **Date:** 11/18/2022
**Printed Name of Purchaser:** Chad C. Halstead

**Signature of Purchaser:**    **Date:**
**Printed Name of Purchaser:**

**Address of Purchaser:** 5151 N. New Jersey St.
**City:** Indianapolis    **State:** IN    **ZIP Code:** 46205

"Exhibit A"