UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00075 (rev 06/2022)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
      Debtors.

Case No. **22–04587–JJG–13**

## NOTICE OF DEFICIENT FILING

A Motion to Sell was filed on November 21, 2022, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler.

**NOTICE IS GIVEN** that the document is deficient as follows:

- Failure to serve all creditors; and
- Failure to serve lienholder in the manner required under FRBP 6004(c).

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by December 5, 2022, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  November 21, 2022        Eric R. Kleis
                                                    Clerk, U.S. Bankruptcy Court