## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 11/21/2022 |
| Case: 22−04587−JJG−13 | Form ID: SF00075 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     J. Andrew Sawin     ecf@sawinlaw.com

TOTAL: 1