UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>KYLE FIDLER )<br>JESSICA FIDLER )<br>)<br>DEBTORS ) | CASE NO. 22-04587-JJG-13 |

## AMENDED MOTION TO SELL

Come now the Debtors, Kyle & Jessica Fidler, by counsel, and move the Court pursuant to 11 U.S.C. 363 to approve the sale of property as described below. In support of this Motion the Debtors state as follows:

1. The property to be sold is 2016 Sylvan Mirage 8520 LZ boat. (Exhibit A attached)

2. The property is currently held a by the Debtors, Kylee & Jessica Fidler.

3. The prospective purchaser is Chad C. Halstead.

4. OneMain Financial currently hold a lien on the 2016 Sylvan Mirage 8520 LZ boat with balance of approximately $12,500.00. Debtors propose to pay OneMain Financial, in full. Creditor is not required to release their lien until their lien has been satisfied.

5. The sale of the 2016 Sylvan Mirage 8520 LZ boat for $15,000.00 shall pay OneMain Financial in full and the remaining balance is to be paid to the Chapter 13 Trustee to be distributed to creditors. The payment to the Chapter 13 Trustee should be remitted to:

    Ann DeLaney, Chapter 13 Trustee
    PO BOX 441285
    INDIANAPOLIS, IN 46244-1285

6. There are no known relationships among the prospective purchaser, the Debtor and the Trustee and/or their insiders.

7. WHEREFORE, Debtor moves the Court to enter an Order approving the sale of the 2016 Sylvan Mirage 8520 LZ boat for settlement and distribution of sale proceeds as set forth above, and for any other relief just and proper in the premises.

By: /s/ Richard J. Shea
Sawin & Shea, LLC
Attorneys for Debtors
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430

NOTICE IS GIVEN that any objection to the proposed sale must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse
46 E. Ohio St.
Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

United States Trustee

Chapter 13 Trustee

OneMain Financial
Attn: Bankruptcy
Po Box 3251 Evansville IN 47731-0000

OneMain Financial
Po Box 1010
Evansville, IN 47706

OneMain Financial Group, LLC
100 International Drive
16th Floor
Baltimore, MD 21202

Business Commercial
**Registered Agent for**
Ct Corporation System
334 North Senate Avenue
Indianapolis, IN 46204
Certified Mail: 7018-1130-0001-9466-3970

Mr. and Mrs. Fidler
1190 Coral Springs Drive
Cicero, IN 46034

All Creditors on the attached mailing matrix

November 21, 2022                                   /s/ *Richard J. Shea*_____