| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 22-04587-JJG-13<br>Southern District of Indiana<br>Indianapolis<br>Mon Nov 21 15:18:52 EST 2022 | 1st Source Bank<br>Attn: Bankruptcy<br>Po Box 1602<br>South Bend, IN 46634-1602 | 1st Source Bank<br>Po Box 1602<br>South Bend, IN 46634-1602 |
| ADT, LLC<br>3190 S Vaughn Way<br>Aurora, CO 80014-3512 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Tire Distributors<br>2855 Fortune Circle West<br>Indianapolis, IN 46241-5565 | (p)AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL IN 46032-8887 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Carsforsale.com, Inc.<br>POB 91537<br>Sioux Falls, SD 57109-1537 | Christina Bruno<br>Kinetic Advantage, LLC<br>10333 North Meridian Street, Ste. 400<br>Indianapolis, IN 46290-1112 |
| Chrysler Capital<br>PO Box 660335<br>Dallas, TX 75266-0335 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Comcast Business<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Comenity Bank/Buckle<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Buckle<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Cws/cw Nexus<br>Attn: Card Services<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Cws/cw Nexus<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | Duke Energy<br>PO Box 1326<br>Charlotte, NC 28201-1326 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA 30374-0256 |

```
Experian's National Consumer Assist Ctr.    Financial Center First Credit Union    Financial Center First Credit Union
PO Box 4500                                 Attn: Bankruptcy                        P.o. Box 26501
Allen, TX 75013-1311                        Po Box 26501                            Indianapolis, IN 46226-0501
                                            Indianapolis, IN 46226-0501


(p)FIRST MERCHANTS BANK NA                  First Premier Bank                      First Premier Bank
PO BOX 792                                  3820 N Louise Ave                       Attn: Bankruptcy
MUNCIE IN 47308-0792                        Sioux Falls, SD 57107-0145              Po Box 5524
                                                                                    Sioux Falls, SD 57117-5524


Fortiva                                     Fortiva                                 (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC
Attn: Bankruptcy                            Pob 105555                              ATTN BANKRUPTCY DEPARTMENT
Po Box 105555                               Atlanta, GA 30348-5555                  PO BOX 2340
Atlanta, GA 30348-5555                                                              PHOENIX AZ 85002-2340


Gymies Fitness Center                       (p)HAMILTON COUNTY TREASURER            Huntington Bank
47 W. Jackson Street                        ATTN SUSAN BYER                         106 S. Main St.
Cicero, IN 46034-5041                       33 N 9TH ST STE 112                     Akron, OH 44308-1417
                                            NOBLESVILLE IN 46060-2200


Huntington Bank                             Huntington Bank                         Huntington Bank
Attn: Bankruptcy                            Attn: Bankruptcy                        Po Box 1558
Po Box 182519                               Po Box 89424                            Columbus, OH 43216-1558
Columbus, OH 43218-2519                     Cleveland, OH 44101-6424


Huntington National Bank                    Huntington National Bank                IDR
Attn: Bankruptcy                            Po Box 1558                             Bankrupty Section
Po Box 340996                               Columbus, OH 43216-1558                 100 N. Senate Ave, MS 108
Columbus, OH 43234-0996                                                             Indianapolis, IN 46204-2217


Internal Revenue Service                    KeyBank                                 KeyBank
Attn: Bankruptcy Dept                       4910 Tiedeman Road                      Attn: Bankruptcy
PO Box 7346                                 Brooklyn, OH 44144-2338                 Oh-01-51-0622 4910 Tiedman Rd.
Philadelphia, PA 19101-7346                                                         Brooklyn, OH 44144-2338


KeyBank/US Bank/CC                          KeyBank/US Bank/CC                      Kinetic Advantange LLC
4910 Tiedeman Road                          Attn: Bankruptcy                        10333 North Meridian Street
Brooklyn, OH 44144-2338                     4910 Tiedeman Road                      Indianapolis, IN 46290-1150
                                            Brooklyn, OH 44144-2338


Lendclub Bnk                                Lendclub Bnk                            (p)DSNB MACY S
595 Market St                               Attn: Bankruptcy                        CITIBANK
San Francisco, CA 94105-2802                595 Market Street, Suite 200            1000 TECHNOLOGY DRIVE MS 777
                                            San Francisco, CA 94105-2802            O FALLON MO 63368-2222


Macys/fdsb                                  Mariner Finance                         Mariner Finance
Po Box 6789                                 Attn: Bankruptcy                        P.o. Box 43490
Sioux Falls, SD 57117-6789                  8211 Town Center Drive                  Baltimore, MD 21236-0490
                                            Nottingham, MD 21236-5904
```

| | | |
|---|---|---|
| NASA Federal Credit Union<br>Attn Loan Servicing Dpt<br>Upper Marlboro, MD 20774 | (p)NASA FCU<br>ATTN ATTN MEMBER SOLUTIONS<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO MD 20774-8732 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 |
| Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Navy FCU<br>1 Security Place<br>Merrifield, VA 22116 | Navy FCU<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Navy FCU<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 |
| Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | Nipsco<br>PO Box 13007<br>Merrillville, IN 46411-3007 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | Richard T. Avis, Attorney & Associates<br>POB 31579<br>Chicago, IL 60631-0579 |
| Rubin & Levin P.C.<br>135 N Pennsylvania St, Suite 1400<br>Indianapolis, IN 46204-2489 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Syncb/kittles Furnit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/kittles Furnit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Synchrony Bank/hhgregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/hhgregg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Po Box 965005<br>Orlando, FL 32896-5005 | TransUnion Consumer Solutions<br>PO Box 2000<br>Chester, PA 19016-2000 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>46 E Ohio Street, Room 520<br>Indianapolis, IN 46204-1907 | USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| (p)UPLIFT  INC<br>5301 KIETZKE LN STE 200<br>RENO NV 89511-2083 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac#2301-04e Pob 10335<br>Des Moines, IA 10335 |
| Westlake Flooring<br>4751 Wilshire Blvd #100<br>Los Angeles CA 90010-3847 | Wm Corporate Services, Inc.<br>As Payment Agent<br>POB 4648<br>Carol Stream, IL 60197-4648 | J. Andrew Sawin<br>Sawin & Shea LLC<br>6100 N. Keystone Ave Ste 620<br>Indianapolis, IN 46220-2430 |
| Jessica Fidler<br>1190 Coral Springs Drive<br>Cicero, IN 46034-9214 | John Morgan Hauber<br>Office of John M. Hauber, Chapter 13 Tru<br>320 N. Meridian St., Ste. 200<br>Indianapolis, IN 46204-1772 | Kyle Fidler<br>1190 Coral Springs Drive<br>Cicero, IN 46034-9214 |
| Richard John Shea Jr.<br>Sawin & Shea, LLC<br>6100 N. Keystone<br>Suite 620<br>Indianapolis, IN 46220-2430 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Automotive Finance Corp<br>11299 Illinois Street<br>Carmel, IN 46032 | Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Dovenmuehle Mortgage, Inc.<br>1 Corporate Dr<br>Lake Zurich, IL 60047 |
| (d)Dovenmuehle Mortgage, Inc.<br>Attn: Bankruptcy<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | First Merchants Bank<br>200 E Jackson St<br>Muncie, IN 47305 | (d)First Merchants Bank<br>Attn: Bankruptcy<br>200 E Jackson St<br>Muncie, IN 47305 |

| | | |
|---|---|---|
| Freedom Plus<br>1875 South Grant Street<br>San Mateo, CA 94402 | (d)Freedom Plus<br>Attn: Bankruptcy<br>Po Box 2340<br>Phoenix, AZ 85002 | Hamilton County Auditor<br>33 North Ninth Street<br>Suite L21<br>Noblesville, IN 46060 |
| (d)Hamilton County Treasurer<br>33 N. Ninth St.<br>Noblesville, IN 46060 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | NASA Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 1588<br>Bowie, MD 20717 |
| Uplift, Inc.<br>Attn: Bankruptcy<br>801 El Camino Real<br>Menlo Park, CA 94025 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Uplift, Inc. | End of Label Matrix<br>Mailable recipients   108<br>Bypassed recipients     1<br>Total                  109 |