UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E Ohio St Rm 116  
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Kyle Fidler**,  
SSN: xxx–xx–2928   EIN: NA

    dba Kae Jak LLC  
    1190 Coral Springs Drive  
    Cicero, IN 46034

**Jessica Fidler**,  
SSN: xxx–xx–7015   EIN: NA

    1190 Coral Springs Drive  
    Cicero, IN 46034

        Debtors.

Case No. **22–04587–JJG–13**

## **NOTICE OF FILING OF CHAPTER 13 PLAN**

A Chapter 13 Plan was filed on November 21, 2022, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by December 20, 2022, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  November 22, 2022                  Eric R. Kleis  
                                                 Clerk, U.S. Bankruptcy Court