UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                             )
                                                   ) CASE NO.   22-04587-JJG-13
Kyle Fidler                                        )
                                                   )
Jessica Fidler                                     )
                                                   )

DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, a copy of the foregoing Notice and Plan as issued electronically. Notice of this filing will be sent to the parties on the attached list through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

John M. Hauber

Sawin & Shea LLC, via e-mail address

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

I further certify that on November 23, 2022, a copy of the foregoing Notice and Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/John M. Hauber, Trustee
John M. Hauber Trustee
320 N. Meridian St., Suite 200
Indianapolis IN  46204

SAWIN & SHEA LLC
6100 N Keystone Avenue #620
Indianapolis, IN 46220-2430

Kyle Fidler
Jessica Fidler
1190 Coral Springs Drive
Cicero, IN 46034

1st Source Bank
Attn: Bankruptcy
Po Box 1602
South Bend, IN 46634

1st Source Bank
Po Box 1602
South Bend, IN 46634

ADT, LLC
3190 S Vaughn Way
Aurora, CO 80014

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096

American Express
PO Box 650448
Dallas, TX 75265-0448

American Tire Distributors
2855 Fortune Circle West
Indianapolis, IN 46241

Automotive Finance Corp
11299 Illinois Street
Carmel, IN 46032

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 31293
Salt Lake City, UT 84131

Carsforsale.com, Inc.
POB 91537
Sioux Falls, SD 57109

Christina Bruno
Kinetic Advantage, LLC
10333 North Meridian Street, Ste. 400
Indianapolis, IN 46290

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Citibank/Best Buy
Po Box 6497
Sioux Falls, SD 57117

Comcast Business
PO Box 70219
Philadelphia, PA 19176

Comenity Bank/Buckle
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Buckle
Po Box 182789
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Credit One Bank
Po Box 98872
Las Vegas, NV 89193

Cws/cw Nexus
Attn: Card Services
Po Box 9201
Old Bethpage, NY 11804

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Financial
Pob 15316
Wilmington, DE 19850

Dovenmuehle Mortgage, Inc.
1 Corporate Dr
Lake Zurich, IL 60047

Dovenmuehle Mortgage, Inc.
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

| | | |
|---|---|---|
| Duke Energy<br>PO Box 1326<br>Charlotte, NC  28201-1326 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA  30374-0256 | Experian&#39;s National Consumer Assist Ctr.<br>PO Box 4500<br>Allen, TX  75013 |
| Financial Center First Credit Union<br>Attn: Bankruptcy<br>Po Box 26501<br>Indianapolis, IN  46226 | Financial Center First Credit Union<br>P.o. Box 26501<br>Indianapolis, IN  46226 | First Merchants Bank<br>200 E Jackson St<br>Muncie, IN  47305 |
| First Merchants Bank<br>Attn: Bankruptcy<br>200 E Jackson St<br>Muncie, IN  47305 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD  57117 |
| Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA  30348 | Fortiva<br>Pob 105555<br>Atlanta, GA  30348 | Freedom Plus<br>1875 South Grant Street<br>San Mateo, CA  94402 |
| Freedom Plus<br>Attn: Bankruptcy<br>Po Box 2340<br>Phoenix, AZ  85002 | Gymies Fitness Center<br>47 W. Jackson Street<br>Cicero, IN  46034 | Hamilton County Auditor<br>33 North Ninth Street<br>Suite L21<br>Noblesville, IN  46060 |
| Hamilton County Treasurer<br>33 N. Ninth St.<br>Noblesville, IN  46060 | Huntington Bank<br>106 S. Main St.<br>Akron, OH  44308 | Huntington Bank<br>Attn: Bankruptcy<br>Po Box 182519<br>Columbus, OH  43218 |
| Huntington Bank<br>Attn: Bankruptcy<br>Po Box 89424<br>Cleveland, OH  44101 | Huntington Bank<br>Po Box 1558<br>Columbus, OH  43216 | Huntington National Bank<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH  43234 |
| Huntington National Bank<br>Po Box 1558<br>Columbus, OH  43216 | IDR<br>Bankrupty Section<br>100 N. Senate Ave, MS 108<br>Indianapolis, IN  46204 | Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| KeyBank<br>4910 Tiedeman Road<br>Brooklyn, OH  44144 | KeyBank<br>Attn: Bankruptcy<br>Oh-01-51-0622 4910 Tiedman Rd.<br>Brooklyn, OH  44144 | KeyBank/US Bank/CC<br>4910 Tiedeman Road<br>Brooklyn, OH  44144 |
| KeyBank/US Bank/CC<br>Attn: Bankruptcy<br>4910 Tiedeman Road<br>Brooklyn, OH  44144 | Kinetic Advantage LLC<br>10333 North Meridian Street<br>Indianapolis, IN  46290 | Lendclub Bnk<br>595 Market St<br>San Francisco, CA  94105 |

Lendclub Bnk
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA  94105

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH  45040

Macys/fdsb
Po Box 6789
Sioux Falls, SD  57117

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD  21236

Mariner Finance
P.o. Box 43490
Baltimore, MD  21236

NASA Federal Credit Union
Attn Loan Servicing Dpt
Upper Marlboro, MD  20774

NASA Federal Credit Union
Attn: Bankruptcy
Po Box 1588
Bowie, MD  20717

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA  18773

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA  18773

Navient
Po Box 9500
Wilkes Barre, PA  18773

Navient
Po Box 9635
Wilkes Barre, PA  18773

Navy FCU
1 Security Place
Merrifield, VA  22116

Navy FCU
820 Follin Lane
Vienna, VA  22180

Navy FCU
820 Follin Lane Se
Vienna, VA  22180

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA  22119

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA  22119

Nipsco
PO Box 13007
Merrillville, IN  46411-3007

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN  47731

OneMain Financial
Po Box 1010
Evansville, IN  47706

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA  90051

PennyMac Loan Services, LLC
Po Box 514387
Los Angeles, CA  90051

Richard T. Avis, Attorney & Associates
POB 31579
Chicago, IL  60631

Rubin & Levin P.C.
135 N Pennsylvania St, Suite 1400
Indianapolis, IN  46204

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX  76161

Syncb/kittles Furnit
Attn: Bankruptcy
Po Box 965060
Orlando, FL  32896

Syncb/kittles Furnit
C/o Po Box 965036
Orlando, FL  32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL  32896

Synchrony Bank/Care Credit
C/o Po Box 965036
Orlando, FL  32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL  32896

| | | |
|---|---|---|
| Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL  32896 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL  32896 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Synchrony Bank/Sams Club<br>Po Box 965005<br>Orlando, FL  32896 | Synchrony Bank/hhgregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 |
| Synchrony Bank/hhgregg<br>C/o Po Box 965036<br>Orlando, FL  32896 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Synchrony/PayPal Credit<br>Po Box 965005<br>Orlando, FL  32896 |
| TransUnion Consumer Solutions<br>PO Box 2000<br>Chester, PA  19016-2000 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-3048 | U.S. Trustee<br>Office of U.S. Trustee<br>46 E Ohio Street, Room 520<br>Indianapolis, IN  46204 |
| USDOE/GLELSI<br>2401 International Lane<br>Madison, WI  53704 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI  53707 | Uplift, Inc.<br>Uplift, |
| Uplift, Inc.<br>Attn: Bankruptcy<br>801 El Camino Real<br>Menlo Park, CA  94025 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA  50306 | Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac#2301-04e Pob 10335<br>Des Moines, IA  10335 |
| Westlake Flooring<br>4751 Wilshire Blvd #100<br>Los Angeles CA 90010-0000 | Wm Corporate Services, Inc.<br>As Payment Agent<br>POB 4648<br>Carol Stream, IL  60197-4648 | J. Andrew Sawin<br>Sawin & Shea LLC<br>6100 N. Keystone Ave Ste 620<br>Indianapolis, IN  46220 |
| Jessica Fidler<br>1190 Coral Springs Drive<br>Cicero, IN  46034 | John Morgan Hauber<br>Office of John M. Hauber, Chapter 13 Tru<br>320 N. Meridian St., Ste. 200<br>Indianapolis, IN  46204 | Kyle Fidler<br>1190 Coral Springs Drive<br>Cicero, IN  46034 |
| Richard John Shea Jr.<br>Sawin & Shea, LLC<br>6100 N. Keystone<br>Suite 620<br>Indianapolis, IN  46220 | | |