UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| KYLE FIDLER ) | Case No. 22-04587-JJG-13 |
| JESSICA FIDLER ) | |
| ) | |
| Debtors. | |

TRUSTEE'S RESPONSE TO DEBTORS' AMENDED MOTION TO SELL

     Comes now John M. Hauber, Chapter 13 Trustee, through counsel, and in response to Debtors' Amended Motion To Sell, would report as follows:

     While the Trustee will likely have no objection to the proposed sale, the Trustee requests that the matter be set for hearing as additional information is needed to ensure the sale is appropriate.  The Motion was filed just ten days after the debtors' Bankruptcy Petition.  The §341 Meeting of Creditors is scheduled for December 22, 2022.  The Trustee has not yet had the opportunity to review the schedules and the value of the assets, including the boat being sold.  In addition, as the Motion does not give sufficient details relating to the manner in which the boat is being sold, the Trustee seeks to determine whether the sale is commercially reasonable.

     Lastly, the debtors' Motion instructs that any balance should be paid to the wrong Trustee.  Thus, the Trustee requests that any remaining proceeds after payment of the lien be directed to:

         John M. Hauber, Trustee
         P.O. Box 441644
         Indianapolis, IN  46244

     Wherefore, the Trustee requests that the matter be set for hearing after December 22, 2022.

                        Respectfully submitted,

                        Office of the Chapter 13 Trustee

| | |
|---|---|
|   12/7/22 | /s/ Marion Miller |
| DATE | Marion (Molly) Miller, 22854-49 |
| | John M. Hauber, Trustee |
| | 320 N. Meridian St., Suite 200 |
| | Indianapolis, Indiana  46204 |
| | (317) 636-1062 |

<u>CERTIFICATE OF SERVICE</u>

    I do hereby certify that a copy of the foregoing instrument has been served upon the following individuals electronically or by United States mail, first class postage pre-paid, this 7th day of December, 2022.

Kyle and Jessica Fidler                            Sawin & Shea, LLC ecf@sawinlaw.com
1190 Coral Springs Drive
Cicero, IN 46034

                                                                                    /s/ Marion Miller