UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Kyle Fidler**,                                                                    Case No. **22–04587–JJG–13**
**Jessica Fidler**,
          Debtors.

## NOTICE OF HEARING

An Objection to Corrected Motion to Sell was filed on December 7, 2022, by Trustee John Morgan Hauber. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  December 13, 2022
    Time:  02:30 PM Eastern
    Place: 877–848–7030; access code 8891756

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  December 9, 2022                              Eric R. Kleis
                                                      Clerk, U.S. Bankruptcy Court