# Notice Recipients

District/Off: 0756–1   User: admin   Date Created: 12/9/2022
Case: 22–04587–JJG–13   Form ID: SF00200   Total: 6

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
tr    John Morgan Hauber   ecfmail@hauber13.com
aty   J. Andrew Sawin   ecf@sawinlaw.com
aty   Richard John Shea, Jr.   ecf@sawinlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kyle Fidler   1190 Coral Springs Drive   Cicero, IN 46034
jdb   Jessica Fidler   1190 Coral Springs Drive   Cicero, IN 46034

TOTAL: 2