United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 22-04587-JJG |
| Kyle Fidler | Chapter 13 |
| Jessica Fidler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2022 | Form ID: SF00200 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kyle Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |
| jdb | + Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Andrew Sawin | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| J. Andrew Sawin | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| John Morgan Hauber | ecfmail@hauber13.com  ecfmail1@hauber13.com |
| Richard John Shea, Jr. | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2022 | Form ID: SF00200 | Total Noticed: 2 |

Richard John Shea, Jr.
        on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com R57099@notify.bestcase.com

U.S. Trustee
        ustpregion10.in.ecf@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
    Debtors.

Case No. **22–04587–JJG–13**

## NOTICE OF HEARING

An Objection to Corrected Motion to Sell was filed on December 7, 2022, by Trustee John Morgan Hauber. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  December 13, 2022
    Time:  02:30 PM Eastern
    Place: 877–848–7030; access code 8891756

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  December 9, 2022        Eric R. Kleis
                                             Clerk, U.S. Bankruptcy Court