UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

    KYLE FIDLER

    JESSICA FIDLER

            Debtors.

Case No. 22-04587-JJG-13

**OBJECTION TO CONFIRMATION**

Westlake Flooring Company, LLC ("Westlake") objects to confirmation of the Debtors' Chapter 13 Plan (Doc# 14). In support of its objection, Westlake states as follows:

1. Westlake holds a claim secured by all of the assets of Debtor Jessica Fidler based on a security interest granted as part of her guaranty of the obligations of Kaejak LLC. Westlake will be filing its claim and supporting documents.

2. The proposed Chapter 13 Plan does not address the Westlake's claim against Debtor Jessica Fidler. Westlake is entitled to payment as a secured creditor.

3. The Amended Chapter 13 Plan's proposed treatment of unsecured claims is unclear. *See* Doc# 121, § 9(b). To the extent that the Debtor does not intend to pay unsecured claims for deficiencies on debts secured by surrendered property, Westlake objects to confirmation.

4. Upon review of the Debtors' schedules, Westlake does not view the proposed plan payment as the Debtors' best effort. There appears to be additional

disposable income available to be paid into a Chapter 13 plan. By way of example, on Schedule I, the Debtors are making voluntary contributions to their respective retirement plans totaling more than $700 a month. Schedule J includes some expenses that may be too high, such as the telephone expenses and a "Miscellaneous Expense" of $50 per month that is unexplained.

5.  Further, Westlake is exploring the circumstances surrounding the sale of certain vehicles out of trust by Debtor Jessica Fidler and her entity, Kaejak LLC. The Debtors have not addressed the disposition of any property belonging to Kaejak LLC. Debtor Jessica Fidler have not proposed a confirmable plan because she may have failed to disclose the full extent of her assets as required by § 521(a)(1)(B).

6.  Based on the foregoing, the amended plan does not comply with 11 U.S.C. § 1325(a)(1) and cannot be confirmed.

WHEREFORE, Westlake Flooring Company, LLC respectfully requests that this Court deny confirmation of the Debtors' Chapter 13 Plan.

*/s/ Brian R. Pollock*
Brian R. Pollock
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202
Telephone:   (502) 587-3400
COUNSEL FOR CREDITOR

## CERTIFICATE OF SERVICE

  I hereby certify that on December 21, 2022, a copy of the foregoing OBJECTION TO CONFIRMATION was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | John M. Hauber, Trustee |
| Sawin & Shea,<br>LLCecf@sawinlaw.com | |

                */s/ Brian R. Pollock*
                Brian R. Pollock

1546573