UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER | ) CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER | ) |
| | ) |
| DEBTORS | ) |

## MOTION TO CONTINUE HEARING

Comes now the Debtors, Kyle Fidler and Jessica Fidler, by counsel, and move the Court for an Order continuing the hearing on the Telephonic Hearing on Trustee's Objection to Debtor's Corrected Motion to Sell, Doc # 18 & 21, to be held on 01/10/2023 at 02:30 PM Eastern, and in support whereof show the Court as follows:

1. The hearing is presently scheduled for Tuesday, January 10, 2023, at 2:30 PM EST.

2. The Debtors First Meeting of Creditors hearing has been rescheduled for January 26, 2023.

3. The Chapter 13 Trustee has requested additional financial information for the Debtors and has requested this Motion to Sell hearing be continued after the First Meeting of Creditors hearing is held.

WHEREFORE, the Debtors, Kyle Fidler and Jessica Fidler, by counsel, respectfully move the Court for an Order continuing the hearing on Trustee's Objection to Debtor's Corrected Motion to Sell for a convenient date on the Court's calendar sometime after the First Meeting of Creditors hearing on January 26, 2023.

Respectfully submitted,
By: /s/ Richard J. Shea
Sawin & Shea, LLC
6100 N. Keystone Ave., Ste. 620
Indianapolis, IN  46220
Telephone: (317) 255-2600
Attorneys for the Debtors

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail or electronically:

U.S. Trustee
Ch 13 Trustee

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville IN 47731-0000

OneMain Financial
Po Box 1010
Evansville, IN 47706

OneMain Financial Group, LLC
100 International Drive
16th Floor
Baltimore, MD 21202

Business Commercial
**Registered Agent for**
Ct Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

Mr. and Mrs. Fidler
1190 Coral Springs Drive
Cicero, IN 46034

All Creditors on the attached mailing matrix

Date December 22, 2022                              /s/Richard J. Shea
                                                    Sawin & Shea, LLC
                                                    Attorneys for Debtors