| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 22-04587-JJG-13<br>Southern District of Indiana<br>Indianapolis<br>Mon Nov 21 15:18:52 EST 2022 | 1st Source Bank<br>Attn: Bankruptcy<br>Po Box 1602<br>South Bend, IN 46634-1602 | 1st Source Bank<br>Po Box 1602<br>South Bend, IN 46634-1602 |
| ADT, LLC<br>3190 S Vaughn Way<br>Aurora, CO 80014-3512 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Tire Distributors<br>2855 Fortune Circle West<br>Indianapolis, IN 46241-5565 | (p)AUTOMOTIVE FINANCE CORPORATION<br>11299 N ILLINOIS ST<br>CARMEL IN 46032-8887 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Carsforsale.com, Inc.<br>POB 91537<br>Sioux Falls, SD 57109-1537 | Christina Bruno<br>Kinetic Advantage, LLC<br>10333 North Meridian Street, Ste. 400<br>Indianapolis, IN 46290-1112 |
| Chrysler Capital<br>PO Box 660335<br>Dallas, TX 75266-0335 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Comcast Business<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Comenity Bank/Buckle<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Buckle<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Cws/cw Nexus<br>Attn: Card Services<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Cws/cw Nexus<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | Duke Energy<br>PO Box 1326<br>Charlotte, NC 28201-1326 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA 30374-0256 |

| | | |
|---|---|---|
| Experian's National Consumer Assist Ctr.<br>PO Box 4500<br>Allen, TX 75013-1311 | Financial Center First Credit Union<br>Attn: Bankruptcy<br>Po Box 26501<br>Indianapolis, IN 46226-0501 | Financial Center First Credit Union<br>P.o. Box 26501<br>Indianapolis, IN 46226-0501 |
| (p)FIRST MERCHANTS BANK NA<br>PO BOX 792<br>MUNCIE IN 47308-0792 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Fortiva<br>Pob 105555<br>Atlanta, GA 30348-5555 | (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 |
| Gymies Fitness Center<br>47 W. Jackson Street<br>Cicero, IN 46034-5041 | (p)HAMILTON COUNTY TREASURER<br>ATTN SUSAN BYER<br>33 N 9TH ST STE 112<br>NOBLESVILLE IN 46060-2200 | Huntington Bank<br>106 S. Main St.<br>Akron, OH 44308-1417 |
| Huntington Bank<br>Attn: Bankruptcy<br>Po Box 182519<br>Columbus, OH 43218-2519 | Huntington Bank<br>Attn: Bankruptcy<br>Po Box 89424<br>Cleveland, OH 44101-6424 | Huntington Bank<br>Po Box 1558<br>Columbus, OH 43216-1558 |
| Huntington National Bank<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH 43234-0996 | Huntington National Bank<br>Po Box 1558<br>Columbus, OH 43216-1558 | IDR<br>Bankrupty Section<br>100 N. Senate Ave, MS 108<br>Indianapolis, IN 46204-2217 |
| Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KeyBank<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | KeyBank<br>Attn: Bankruptcy<br>Oh-01-51-0622 4910 Tiedman Rd.<br>Brooklyn, OH 44144-2338 |
| KeyBank/US Bank/CC<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | KeyBank/US Bank/CC<br>Attn: Bankruptcy<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Kinetic Advantange LLC<br>10333 North Meridian Street<br>Indianapolis, IN 46290-1150 |
| Lendclub Bnk<br>595 Market St<br>San Francisco, CA 94105-2802 | Lendclub Bnk<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA 94105-2802 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Macys/fdsb<br>Po Box 6789<br>Sioux Falls, SD 57117-6789 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mariner Finance<br>P.o. Box 43490<br>Baltimore, MD 21236-0490 |

| | | |
|---|---|---|
| NASA Federal Credit Union<br>Attn Loan Servicing Dpt<br>Upper Marlboro, MD 20774 | (p)NASA FCU<br>ATTN ATTN MEMBER SOLUTIONS<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO MD 20774-8732 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 |
| Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Navy FCU<br>1 Security Place<br>Merrifield, VA 22116 | Navy FCU<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Navy FCU<br>820 Follin Lane Se<br>Vienna, VA 22180-4907 |
| Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | Nipsco<br>PO Box 13007<br>Merrillville, IN 46411-3007 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | Richard T. Avis, Attorney & Associates<br>POB 31579<br>Chicago, IL 60631-0579 |
| Rubin & Levin P.C.<br>135 N Pennsylvania St, Suite 1400<br>Indianapolis, IN 46204-2489 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Syncb/kittles Furnit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/kittles Furnit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |

Synchrony Bank/hhgregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/hhgregg
C/o Po Box 965036
Orlando, FL 32896-0001

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Po Box 965005
Orlando, FL 32896-5005

TransUnion Consumer Solutions
PO Box 2000
Chester, PA 19016-2000

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1907

USDOE/GLELSI
2401 International Lane
Madison, WI 53704-3121

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707-7860

(p)UPLIFT  INC
5301 KIETZKE LN STE 200
RENO NV 89511-2083

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306-0335

Wells Fargo Home Mortgage
Written Correspondence Resolutions
Mac#2301-04e Pob 10335
Des Moines, IA 10335

Westlake Flooring
4751 Wilshire Blvd #100
Los Angeles CA 90010-3847

Wm Corporate Services, Inc.
As Payment Agent
POB 4648
Carol Stream, IL 60197-4648

J. Andrew Sawin
Sawin & Shea LLC
6100 N. Keystone Ave Ste 620
Indianapolis, IN 46220-2430

Jessica Fidler
1190 Coral Springs Drive
Cicero, IN 46034-9214

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN 46204-1772

Kyle Fidler
1190 Coral Springs Drive
Cicero, IN 46034-9214

Richard John Shea Jr.
Sawin & Shea, LLC
6100 N. Keystone
Suite 620
Indianapolis, IN 46220-2430

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Automotive Finance Corp
11299 Illinois Street
Carmel, IN 46032

Discover Financial
Pob 15316
Wilmington, DE 19850

Dovenmuehle Mortgage, Inc.
1 Corporate Dr
Lake Zurich, IL 60047

(d)Dovenmuehle Mortgage, Inc.
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

First Merchants Bank
200 E Jackson St
Muncie, IN 47305

(d)First Merchants Bank
Attn: Bankruptcy
200 E Jackson St
Muncie, IN 47305

```
Freedom Plus                        (d)Freedom Plus                   Hamilton County Auditor
1875 South Grant Street             Attn: Bankruptcy                  33 North Ninth Street
San Mateo, CA 94402                 Po Box 2340                       Suite L21
                                    Phoenix, AZ 85002                 Noblesville, IN 46060


(d)Hamilton County Treasurer        Macys/fdsb                        NASA Federal Credit Union
33 N. Ninth St.                     Attn: Bankruptcy                  Attn: Bankruptcy
Noblesville, IN 46060               9111 Duke Boulevard               Po Box 1588
                                    Mason, OH 45040                   Bowie, MD 20717


Uplift, Inc.
Attn: Bankruptcy
801 El Camino Real
Menlo Park, CA 94025



                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Uplift, Inc.                     End of Label Matrix
                                    Mailable recipients   108
                                    Bypassed recipients     1
                                    Total                 109
```