**SO ORDERED: December 27, 2022.**



*Jeffrey J. Graham*
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S013240 (rev 05/2019)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
        Debtors.

Case No. **22–04587–JJG–13**

### ORDER SETTING HEARING
### ON OBJECTION TO CONFIRMATION OF PLAN

An Objection to Confirmation of Plan was filed on December 21, 2022, by the Creditor Westlake Flooring Company, LLC.

**IT IS ORDERED** that a confirmation hearing on the Objection to Confirmation of Plan will be held as follows:

    Date:  February 7, 2023
    Time:  02:30 PM Eastern
    Place: 877–848–7030; access code 8891756

After a plan has been confirmed, it may be modified only to the extent and under the conditions stated in 11 U.S.C. § 1329.

**IT IS FURTHER ORDERED** that only the debtors, trustee, and filing party receive notice of this hearing.

If an amended plan is filed, the hearing on the creditor's objection will be held unless the creditor withdraws the objection, files an agreed plan modification jointly with the debtors, or requests a continuance of the hearing which is granted.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

The Clerk's Office will distribute this order.

###