# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 12/27/2022 |
| Case: 22−04587−JJG−13 | Form ID: s013240 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | John Morgan Hauber | ecfmail@hauber13.com |
| aty | Brian Robert Pollock | bpollock@stites.com |
| aty | J. Andrew Sawin | ecf@sawinlaw.com |
| aty | Richard John Shea, Jr. | ecf@sawinlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Kyle Fidler | 1190 Coral Springs Drive | Cicero, IN 46034 |
| jdb | Jessica Fidler | 1190 Coral Springs Drive | Cicero, IN 46034 |

TOTAL: 2