SO ORDERED: December 27, 2022.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S000300 (rev 11/2020)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
     Debtors.

Case No. **22–04587–JJG–13**

## ORDER CONTINUING HEARING

A Motion to Continue Hearing was filed on December 22, 2022, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler.

    Continued Telephonic Hearing on Trustee's Objection to Debtor's Corrected Motion to Sell [18], [21]

**IT IS ORDERED** that the Motion to Continue Hearing is **GRANTED**.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  February 7, 2023
    Time:  02:30 PM Eastern
    Place: 877–848–7030; access code 8891756

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Attorney for the debtor must distribute this order.

###