UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER and | ) CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER, | ) |
| | ) |
| DEBTOR. | |

NOTICE OF REASSIGNED MEETING OF CREDITORS
SUBJECT TO DISMISSAL FOR NON-COMPLIANCE

The undersigned hereby gives notice that a telephonic meeting of creditors has been set as follows:

Date: 26th day of January 2023

Time: 9:00 A.M.

Videoconference via Zoom:  Please contact your attorney or the Trustee's Office for the Zoom meeting information.

Or Phone: Or Phone: 877-428-9062; Passcode: 5008935

The debtor shall be available at that time for the purpose of being examined via videoconference or telephonically.

Because of the debtor's failure to appear at the original meeting of creditors, the Trustee is filing a Trustee's Motion to Dismiss concurrently.  If the debtor intends to proceed with this case, an objection to the Trustee's Motion should be filed in accordance with the notice outlined in the Trustee's Motion.

Respectfully submitted,

DATE: January 9, 2023

/s/ John M. Hauber
John M. Hauber Trustee
320 N. Meridian Street STE 200
Indianapolis, IN  46204
Tel: (317) 636-1062

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served upon the following electronically on January 9, 2023. Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System.  The parties may access this filing through the Court's system.

- U.S. Trustee ustpregion10.in.ecf@usdoj.gov
- J. Andrew Sawin  ecf@sawinlaw.com

     I further certify that on January 9, 2023, a copy of the foregoing instrument was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Kyle Fidler
Jessica Fidler
1190 Coral Springs Drive
Cicero IN  46034

       /s/ John M. Hauber