UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER and | ) CASE NO.   22-04587-JJG-13 |
| JESSICA FIDLER, | ) |
| | ) |
| DEBTOR. | |

**TRUSTEE'S MOTION TO DISMISS**
**WITH NOTICE OF OBJECTION DEADLINE**

Comes now John M. Hauber, trustee herein, and moves the Court to enter an order dismissing the above-referenced Chapter 13 proceeding for the following reasons:

The debtor failed to appear at §341 hearing and submit to examination as required by the U.S. Bankruptcy Code. The continued Meeting of Creditors has been set for the 26th day of January 2023 at 9:00 A.M.

Videoconference via Zoom;   or Phone: 877-428-9062; Passcode: 5008935

Parties are hereby notified that any objection to this motion must be filed with the Court within twenty-one (21) days from the date of service. Objections must be filed either electronically (for those who are authorized ECF filers) or by delivery to the Clerk's Office, by mail or in person to Birch Bayh Federal Building, United States Courthouse, 46 E. Ohio Street, Room 116, Indianapolis, IN, 46204. The objection must be served on the Trustee, the Debtor, and any Attorney for the Debtor. If no objection is timely filed, an order may be entered by the Court for the relief requested.

Respectfully submitted,

Date:   January 9, 2023

   /s/ John M. Hauber
John M. Hauber Trustee
320 N. Meridian Street STE 200
Indianapolis, IN  46204
Tel: (317) 636-1062

CERTIFICATE OF SERVICE

   This is to certify that a copy of the foregoing instrument has been served upon the following electronically on January 9, 2023.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  The parties may access this filing through the Court's system.

- U.S. Trustee ustpregion10.in.ecf@usdoj.gov
- J. Andrew Sawin  ecf@sawinlaw.com

   I further certify that on January 9, 2023, a copy of the foregoing instrument was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Kyle Fidler
Jessica Fidler
1190 Coral Springs Drive
Cicero IN  46034

                        _/s/ John M. Hauber_