## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 01/21/2023 |
| Case: 22−04587−JJG−13 | Form ID: ntcfmc | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    J. Andrew Sawin    ecf@sawinlaw.com
aty    Richard John Shea, Jr.    ecf@sawinlaw.com

                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kyle Fidler    1190 Coral Springs Drive    Cicero, IN 46034
jdb    Jessica Fidler    1190 Coral Springs Drive    Cicero, IN 46034

                    TOTAL: 2