United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                    Case No. 22-04587-JJG
Kyle Fidler                                                                              Chapter 13
Jessica Fidler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0756-1                                 User: admin                                    Page 1 of 2
Date Rcvd: Jan 23, 2023                        Form ID: ntcfmc                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db/jdb | + Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023                           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Robert Pollock | on behalf of Creditor Westlake Flooring Company  LLC bpollock@stites.com, StitesCOMPULAW@stites.com;doregan@stites.com |
| J. Andrew Sawin | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| J. Andrew Sawin | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| John Morgan Hauber | ecfmail@hauber13.com  ecfmail1@hauber13.com |
| Richard John Shea, Jr. | |

District/off: 0756-1

Date Rcvd: Jan 23, 2023

User: admin

Form ID: ntcfmc

Page 2 of 2

Total Noticed: 1

on behalf of Debtor Kyle Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com

Richard John Shea, Jr.

on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com

U.S. Trustee

ustpregion10.in.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT

NTCFMC (rev 08/2019)

Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Kyle Fidler**,                                   Case No. **22–04587–JJG–13**
**Jessica Fidler**,

      Debtors.

## NOTICE OF REQUIREMENT
## REGARDING PERSONAL FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** that pursuant to Fed.R.Bankr.P. 1007(b)(7), each debtor must file a separate Certification About a Financial Management Course (Form 423) to be eligible for a discharge. Form 423 can be found at www.uscourts.gov/forms/bankruptcy–forms or can be obtained from any bankruptcy clerk's office. An approved provider may file a Personal Financial Management Course Certificate on behalf of the debtors.

**NOTICE IS FURTHER GIVEN** that failure to file Form 423 by the date of the last plan payment or the filing date of a motion for a discharge under 11 U.S.C. § 1328(b) may result in an Order of No Discharge and this case being closed without further notice or hearing.

To obtain relief from an Order of No Discharge, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Documents required by S.D.Ind. B–4004–1(b) and Certification About a Financial Management Course (Form 423) must be filed with the motion, or the motion will be denied.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $235.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

Dated:  January 21, 2023                          Eric R. Kleis
                                                  Clerk, U.S. Bankruptcy Court