UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
Kyle Fidler )        CASE NUMBER: 22-04587-JJG-13
Jessica Fidler )
)
DEBTORS )

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

Comes now John M. Hauber, trustee herein, and objects to confirmation of the Chapter 13 plan. In support of the Objection, the Trustee states as follows:

1. An Objection to confirmation was filed by Westlake Flooring, which must be resolved prior to confirmation.

2. The plan fails to treat the following secured creditors: Hamilton County Treasurer's claim relating to the real estate taxes should be treated in Paragraph 8(d) with the appropriate rate of interest.

3. The debtors schedule and treat the Hamilton County Auditor relating to business personal property taxes; however, as the business was operated out of Howard County, additional notice may be appropriate.

4. The Debtors' Corrected Motion to Sell is pending, and it is likely that the outcome will result in adjustments to the plan.

5. NASA Federal Credit Union filed an unsecured claim. Thus, the secured treatment should be removed from the plan, and the payment should be removed from Schedule J.

6. The plan fails to provide all the debtor's projected disposable income as required by §1325(b)(1)(B). Based on the trustee's adjustments to the Means Test, additional funds should be paid to the unsecured creditors. In addition, the debtors' net income on Schedule I is understated based on Mr. Fidler's actual tax withholding and Mrs. Fidler's gross income. Additional funds will also be available as NASA Federal Credit Union filed an unsecured claim, and the Santander loan and retirement loans will pay off during the plan life. Further, Mr. Fidler is now working Amazon Flex, which is not accounted for. Lastly, an income reporting provision is likely warranted.

7. The Trustee has requested the debtors' 2022 tax returns upon filing as the debtors may be entitled to larger than usual tax refunds due to business loss.

8. An amended Schedule A/B is needed to list the value of the debtors' golf cart.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above plan be denied.

                                            Respectfully submitted,

Date: February 07, 2023                  /s/ John M. Hauber
                                            John M. Hauber, Trustee

                                            P.O.BOX 441644
                                            INDIANAPOLIS, IN 46244-1644

## CERTIFICATE OF SERVICE

I hereby certify that on 02/07/2023, a copy of the foregoing Trustee's Objection to Confirmation of Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | SAWIN & SHEA LLC |
| ustpregion10.in.ecf@usdoj.gov | ecf@sawinlaw.com |

I further certify that on 02/07/2023, a copy of the foregoing Trustee's Objection to Confirmation of Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Kyle Fidler
Jessica Fidler
1190 Coral Springs Drive
Cicero, IN   46034


/s/ John M. Hauber

John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644