# Notice Recipients

District/Off: 0756−1                          User: admin                          Date Created: 2/8/2023

Case: 22−04587−JJG−13                  Form ID: s013240                  Total: 5

**Recipients of Notice of Electronic Filing:**

tr          John Morgan Hauber          ecfmail@hauber13.com
aty        J. Andrew Sawin              ecf@sawinlaw.com
aty        Marion Gibson Miller          ecfmail@hauber13.com,ecfmail1@hauber13.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Kyle Fidler          1190 Coral Springs Drive          Cicero, IN 46034
jdb        Jessica Fidler        1190 Coral Springs Drive          Cicero, IN 46034

TOTAL: 2