UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
KYLE FIDLER ) CASE NO. 22-04587-JJG-13
JESSICA FIDLER )
)
DEBTORS )

## AGREED ENTRY RESOLVING TRUSTEE'S OBJECTION
## TO AMENDED MOTION TO SELL

The agreement of the parties is:

1. Debtor shall pay secured creditor One Main directly to obtain the release of lien on the 2016 Sylvan Mirage 852C LZ boat, so that the remaining sale funds due to the Debtors from the sale will be provided by the purchaser.

2. Debtors shall remit proceeds in the amount of $1,500.00 to their Chapter 13 Trustee, John Hauber, by mail to P.O. Box 2405, Memphis TN 38101 or through www.TFSbillpay.com within thirty days from the date of the Order approving this Agreed Entry.

3. The value of the boat, for purposes of calculating liquidation shall be $18,340.00.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve this Stipulation.

DATE: 2/9/23

_____
CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 2/8/23

_____
DEBTOR'S COUNSEL