**SO ORDERED: February 10, 2023.**



_____
**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 12/2022)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
     Debtors.

Case No. **22–04587–JJG–13**

## ORDER APPROVING AGREED ENTRY

An Agreed Entry Resolving Trustee's Objection was filed on February 9, 2023, by Trustee John Morgan Hauber.

**IT IS ORDERED** that the Agreed Entry Resolving Trustee's Objection is **APPROVED**.

The Clerk's Office will distribute this order.

###