# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 2/10/2023 |
| Case: 22−04587−JJG−13 | Form ID: sgeneric | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | John Morgan Hauber | ecfmail@hauber13.com |
| aty | Brian Robert Pollock | bpollock@stites.com |
| aty | J. Andrew Sawin | ecf@sawinlaw.com |
| aty | Marion Gibson Miller | ecfmail@hauber13.com,ecfmail1@hauber13.com |
| aty | Richard John Shea, Jr. | ecf@sawinlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Kyle Fidler | 1190 Coral Springs Drive | Cicero, IN 46034 |
| jdb | Jessica Fidler | 1190 Coral Springs Drive | Cicero, IN 46034 |

TOTAL: 2