United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 22-04587-JJG |
| Kyle Fidler | Chapter 13 |
| Jessica Fidler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2023 | Form ID: sgeneric | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Robert Pollock | on behalf of Creditor Westlake Flooring Company  LLC bpollock@stites.com, StitesCOMPULAW@stites.com;doregan@stites.com |
| J. Andrew Sawin | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| J. Andrew Sawin | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| John Morgan Hauber | ecfmail@hauber13.com  ecfmail1@hauber13.com |
| Marion Gibson Miller | |

| | |
|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2023 | Form ID: sgeneric | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Trustee John Morgan Hauber ecfmail@hauber13.com ecfmail1@hauber13.com, ecfmail@hauber13.com,ecfmail1@hauber13.com |
| Richard John Shea, Jr. | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com |
| Richard John Shea, Jr. | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com  R57099@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 8

SO ORDERED: February 10, 2023.



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 12/2022)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
      Debtors.

Case No. **22−04587−JJG−13**

## ORDER APPROVING AGREED ENTRY

An Agreed Entry Resolving Trustee's Objection was filed on February 9, 2023, by Trustee John Morgan Hauber.

**IT IS ORDERED** that the Agreed Entry Resolving Trustee's Objection is **APPROVED**.

The Clerk's Office will distribute this order.

###