**SO ORDERED: February 21, 2023.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KYLE FIDLER | ) | CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER | ) | |
| | ) | |
| DEBTORS | ) | |

### ORDER GRANTING DEBTORS' AMENDED MOTION TO SELL

This matter comes before the Court on the *Amended Motion to Sell* filed by Debtors, Kyle and Jessica Fidler, by Counsel, on November 21, 2022, and hearing having been held February 7, 2023.  An Agreed Entry has been filed resolving the Trustee's Objection.  The Court, being duly advised in the premises, now GRANTS the Motion and orders the following:

Debtors are approved to sell the 2016 Sylvan Mirage 8520 LZ and boat trailer, to Chad C. Halstead in the amount of $16,500.00 ($15,000.00 for the boat plus $1,500.00 for the trailer). With Sale proceeds, Debtors shall pay secured creditor One Main directly to obtain the release of lien on the boat. Further, Debtors shall remit proceeds in the amount of $1,500.00 to their Chapter 13 Trustee, John Hauber, within thirty days from the date of this Order.

### ###