UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER | ) CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER | ) |
| | ) |
| DEBTOR | ) |

### MOTION TO EXTEND TIME TO FILE AMENDED SCHEDULE A/B, I, J AND IFLE 2022 TAX RETURNS

Comes now the Debtor, Kyle Fidler and Jessica Fidler, by counsel, and moves the Court to extend to and including **April 30, 2023,** the time in which the Debtor must file Amended Schedules A/B, I, J and provide 2022 tax returns. Debtors need additional time to meet with Counsel. No other extension has been filed.

By: /s/ Andrew Sawin
Sawin & Shea, LLC
Attorneys for Debtor
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN 46220-2430
ecf@sawinlaw.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

April 8, 2023                                       /s/ Andrew Sawin