SO ORDERED: April 10, 2023.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 12/2022)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
      Debtors.

Case No. **22–04587–JJG–13**

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISCELLANEOUS DOCUMENTS/INSTALLMENT PAYMENT

A Motion to Extend Time to File Amended Schedules A/B, I, J and provide 2022 tax returns was filed on April 8, 2023, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler.

**IT IS ORDERED** that the Motion to Extend Time to File Amended Schedules A/B, I, J and provide 2022 tax returns is **GRANTED**. The deadline for filing is extended to May 1, 2023.

Attorney for the debtor must distribute this order.

###