UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E Ohio St Rm 116  
Indianapolis, IN 46204

SF00075 (rev 06/2022)

In re:

**Kyle Fidler**,  
**Jessica Fidler**,  
      Debtors.

Case No. **22–04587–JJG–13**

## NOTICE OF DEFICIENT FILING

An Amended Schedule(s) was filed on April 28, 2023, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Debtor's Declaration Under Penalty of Perjury has not been filed.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by May 12, 2023, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  April 28, 2023

Eric R. Kleis  
Clerk, U.S. Bankruptcy Court