## Notice Recipients

District/Off: 0756–1     User: admin          Date Created: 4/28/2023
Case: 22–04587–JJG–13    Form ID: SF00075     Total: 1

**Recipients of Notice of Electronic Filing:**
aty    J. Andrew Sawin    ecf@sawinlaw.com

TOTAL: 1