UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Kyle Fidler**,                      Case No. **22–04587–JJG–13**
SSN: xxx–xx–2928      EIN: NA
    dba Kae Jak LLC
    1190 Coral Springs Drive
    Cicero, IN 46034

**Jessica Fidler**,
SSN: xxx–xx–7015      EIN: NA
    1190 Coral Springs Drive
    Cicero, IN 46034
        Debtors.

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on April 28, 2023, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by May 30, 2023, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  May 1, 2023                          Eric R. Kleis
                                                       Clerk, U.S. Bankruptcy Court