UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYLE FIDLER | ) CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER | ) |
| | ) |
| DEBTORS. | ) |

**REPORT OF SALE**

Comes now the Debtors, by counsel, and hereby files a Report of Sale pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1) and Southern District of Indiana Local Rule B-6004-3(e):

1. Debtors sold their 2016 Sylvan Mirage 8520 LZ and boat trailer to Chad C. Halstead in the amount of $16,500.00 ($15,000.00 for the boat plus $1,500.00 for the trailer).

2. With Sale proceeds, Debtors paid the secured creditor One Main directly to obtain the release of lien on the boat and trailer.

3. The titles have been released by the creditor to the debtors for the buyer.

Respectfully submitted,
By: /s/ Andrew Sawin
Sawin & Shea LLC
Attorneys for Debtors
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com