UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>Kyle Fidler<br><br>Jessica Fidler<br><br><u>DEBTOR(S)</u> | )<br>)  CASE NO  22-04587-JJG-13<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2023, a copy of the foregoing Notice and Amended Plan was issued electronically. Notice of this filing will be sent to the parties on the attached list through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

John M. Hauber

Sawin & Shea, LLC, via e-mail address

U.S. Trustee, <u>ustpregion10.in.ecf@usdoj.gov</u>

    I further certify that on May 2, 2023, a copy of the foregoing Notice and Amended Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

<u>/s/John M. Hauber, Trustee</u>
John M. Hauber Trustee
320 N. Meridian St., Suite 200
Indianapolis IN  46204

Kyle Fidler  
Jessica Fidler  
1190 Coral Springs Drive  
Cicero, IN  46034

SAWIN & SHEA LLC  
6100 N Keystone Avenue  #620  
Indianapolis, IN  46220-2430

1st Source Bank  
Attn: Bankruptcy  
Po Box 1602  
South Bend, IN  46634

1st Source Bank  
Po Box 1602  
South Bend, IN  46634

ADT, LLC  
3190 S Vaughn Way  
Aurora, CO  80014

AmeriCredit/GM Financial  
Attn: Bankruptcy  
Po Box 183853  
Arlington, TX  76096

AmeriCredit/GM Financial  
Po Box 181145  
Arlington, TX  76096

American Express  
PO Box 650448  
Dallas, TX  75265-0448

American Tire Distributors  
2855 Fortune Circle West  
Indianapolis, IN  46241

Automotive Finance Corp  
11299 Illinois Street  
Carmel, IN  46032

Barclays Bank Delaware  
Attn: Bankruptcy  
Po Box 8801  
Wilmington, DE  19899

Barclays Bank Delaware  
P.o. Box 8803  
Wilmington, DE  19899

Capital One  
Attn: Bankruptcy  
P.O. Box 30285  
Salt Lake City, UT  84130

Capital One  
Po Box 31293  
Salt Lake City, UT  84131

Carsforsale.com, Inc.  
POB 91537  
Sioux Falls, SD  57109

Christina Bruno  
Kinetic Advantage, LLC  
10333 North Meridian Street, Ste. 400  
Indianapolis, IN  46290

Chrysler Capital  
PO Box 660335  
Dallas, TX  75266-0335

Citibank/Best Buy  
Citicorp Credit Srvs/Centralized Bk dept  
Po Box 790034  
St Louis, MO  63179

Citibank/Best Buy  
Po Box 6497  
Sioux Falls, SD  57117

Comcast Business  
PO Box 70219  
Philadelphia, PA  19176

Comenity Bank/Buckle  
Attn: Bankruptcy  
Po Box 182125  
Columbus, OH  43218

Comenity Bank/Buckle  
Po Box 182789  
Columbus, OH  43218

Credit One Bank  
Attn: Bankruptcy Department  
Po Box 98873  
Las Vegas, NV  89193

Credit One Bank  
Po Box 98872  
Las Vegas, NV  89193

Cws/cw Nexus  
Attn: Card Services  
Po Box 9201  
Old Bethpage, NY  11804

Cws/cw Nexus  
Po Box 9201  
Old Bethpage, NY  11804

Discover Financial  
Attn: Bankruptcy  
Po Box 3025  
New Albany, OH  43054

Discover Financial  
Pob 15316  
Wilmington, DE  19850

Dovenmuehle Mortgage, Inc.  
1 Corporate Dr  
Lake Zurich, IL  60047

Dovenmuehle Mortgage, Inc.  
Attn: Bankruptcy  
1 Corporate Drive, Suite 360  
Lake Zurich, IL  60047

| | | |
|---|---|---|
| Duke Energy<br>PO Box 1326<br>Charlotte, NC  28201-1326 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA  30374-0256 | Experian&#39;s National Consumer Assist Ctr.<br>PO Box 4500<br>Allen, TX  75013 |
| Financial Center First Credit Union<br>Attn: Bankruptcy<br>Po Box 26501<br>Indianapolis, IN  46226 | Financial Center First Credit Union<br>P.o. Box 26501<br>Indianapolis, IN  46226 | First Merchants Bank<br>200 E Jackson St<br>Muncie, IN  47305 |
| First Merchants Bank<br>Attn: Bankruptcy<br>200 E Jackson St<br>Muncie, IN  47305 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD  57117 |
| Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA  30348 | Fortiva<br>Pob 105555<br>Atlanta, GA  30348 | Freedom Plus<br>1875 South Grant Street<br>San Mateo, CA  94402 |
| Freedom Plus<br>Attn: Bankruptcy<br>Po Box 2340<br>Phoenix, AZ  85002 | Gymies Fitness Center<br>47 W. Jackson Street<br>Cicero, IN  46034 | Hamilton County Auditor<br>33 North Ninth Street<br>Suite L21<br>Noblesville, IN  46060 |
| Hamilton County Treasurer<br>33 N. Ninth St.<br>Noblesville, IN  46060 | Huntington Bank<br>106 S. Main St.<br>Akron, OH  44308 | Huntington Bank<br>Attn: Bankruptcy<br>Po Box 182519<br>Columbus, OH  43218 |
| Huntington Bank<br>Attn: Bankruptcy<br>Po Box 89424<br>Cleveland, OH  44101 | Huntington Bank<br>Po Box 1558<br>Columbus, OH  43216 | Huntington National Bank<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH  43234 |
| Huntington National Bank<br>Po Box 1558<br>Columbus, OH  43216 | IDR<br>Bankrupty Section<br>100 N. Senate Ave, MS 108<br>Indianapolis, IN  46204 | Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| KeyBank<br>4910 Tiedeman Road<br>Brooklyn, OH  44144 | KeyBank<br>Attn: Bankruptcy<br>Oh-01-51-0622 4910 Tiedman Rd.<br>Brooklyn, OH  44144 | KeyBank/US Bank/CC<br>4910 Tiedeman Road<br>Brooklyn, OH  44144 |
| KeyBank/US Bank/CC<br>Attn: Bankruptcy<br>4910 Tiedeman Road<br>Brooklyn, OH  44144 | Kinetic Advantage LLC<br>10333 North Meridian Street<br>Indianapolis, IN  46290 | Lendclub Bnk<br>595 Market St<br>San Francisco, CA  94105 |

| | | |
|---|---|---|
| Lendclub Bnk<br>Attn: Bankruptcy<br>595 Market Street, Suite 200<br>San Francisco, CA  94105 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH  45040 | Macys/fdsb<br>Po Box 6789<br>Sioux Falls, SD  57117 |
| Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD  21236 | Mariner Finance<br>P.o. Box 43490<br>Baltimore, MD  21236 | NASA Federal Credit Union<br>Attn Loan Servicing Dpt<br>Upper Marlboro, MD  20774 |
| NASA Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 1588<br>Bowie, MD  20717 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA  18773 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA  18773 |
| Navient<br>Po Box 9500<br>Wilkes Barre, PA  18773 | Navient<br>Po Box 9635<br>Wilkes Barre, PA  18773 | Navy FCU<br>1 Security Place<br>Merrifield, VA  22116 |
| Navy FCU<br>820 Follin Lane<br>Vienna, VA  22180 | Navy FCU<br>820 Follin Lane Se<br>Vienna, VA  22180 | Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA  22119 |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA  22119 | Nipsco<br>PO Box 13007<br>Merrillville, IN  46411-3007 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN  47731 |
| OneMain Financial<br>Po Box 1010<br>Evansville, IN  47706 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA  23541 | PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA  90051 |
| PennyMac Loan Services, LLC<br>Po Box 514387<br>Los Angeles, CA  90051 | Richard T. Avis, Attorney & Associates<br>POB 31579<br>Chicago, IL  60631 | Rubin & Levin P.C.<br>135 N Pennsylvania St, Suite 1400<br>Indianapolis, IN  46204 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX  76161 | Syncb/kittles Furnit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Syncb/kittles Furnit<br>C/o Po Box 965036<br>Orlando, FL  32896 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL  32896 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL  32896 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 |

| | | |
|---|---|---|
| Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL  32896 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL  32896 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Synchrony Bank/Sams Club<br>Po Box 965005<br>Orlando, FL  32896 | Synchrony Bank/hhgregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 |
| Synchrony Bank/hhgregg<br>C/o Po Box 965036<br>Orlando, FL  32896 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896 | Synchrony/PayPal Credit<br>Po Box 965005<br>Orlando, FL  32896 |
| TransUnion Consumer Solutions<br>PO Box 2000<br>Chester, PA  19016-2000 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-3048 | U.S. Trustee<br>Office of U.S. Trustee<br>46 E Ohio Street, Room 520<br>Indianapolis, IN  46204 |
| USDOE/GLELSI<br>2401 International Lane<br>Madison, WI  53704 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI  53707 | Uplift, Inc.<br>Uplift, |
| Uplift, Inc.<br>Attn: Bankruptcy<br>801 El Camino Real<br>Menlo Park, CA  94025 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA  50306 | Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac#2301-04e Pob 10335<br>Des Moines, IA  10335 |
| Westlake Flooring<br>4751 Wilshire Blvd #100<br>Los Angeles CA 90010-0000 | Wm Corporate Services, Inc.<br>As Payment Agent<br>POB 4648<br>Carol Stream, IL  60197-4648 | J. Andrew Sawin<br>Sawin & Shea LLC<br>6100 N. Keystone Ave Ste 620<br>Indianapolis, IN  46220 |
| Jessica Fidler<br>1190 Coral Springs Drive<br>Cicero, IN  46034 | John Morgan Hauber<br>Office of John M. Hauber, Chapter 13 Tru<br>320 N. Meridian St., Ste. 200<br>Indianapolis, IN  46204 | Kyle Fidler<br>1190 Coral Springs Drive<br>Cicero, IN  46034 |
| Richard John Shea Jr.<br>Sawin & Shea, LLC<br>6100 N. Keystone<br>Suite 620<br>Indianapolis, IN  46220 | Westlake Flooring Company, LLC<br>Westlake Flooring Company, | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville, TX  75403 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Automotive Finance Corporation<br>11299 N. Illinois St.<br>Carmel, IN  46032 | Discover Bank/Discover Products Inc.<br>P.O. Box 3025<br>New Albany, OH  43054-3025 |

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison,   75001

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368

Navient Solutions, LLC. on behalf of
Ascendium Education Solutions Inc
PO BOX 8961
Madison, WI  53708-8961

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN  47731-3251

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
Portfolio Recovery Associates,   23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Santander Consumer USA Inc. d/b/a/
Chrysler
P.O. Box 961275
Fort Worth, TX  76161

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541
c/o PRA Receivables Management,

Westlake Flooring Company, LLC
4751 Wilshire Blvd., Suite 100
Los Angeles, CA  90010