## Notice Recipients

District/Off: 0756–1  User: admin  Date Created: 5/2/2023
Case: 22–04587–JJG–13  Form ID: SF00075  Total: 2

**Recipients of Notice of Electronic Filing:**
aty    J. Andrew Sawin        ecf@sawinlaw.com
aty    Richard John Shea, Jr.    ecf@sawinlaw.com

TOTAL: 2