UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Kyle Fidler | ) CASE NO. 22-04587-JJG-13 |
| Jessica Fidler | ) |
| | ) |
| DEBTORS | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023 a copy of the foregoing Report of Sale was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

John M. Hauber, Chapter 13 Trustee- ecfmail@hauber13.com

U.S. Trustee - ustpregion10.in.ecf@usdoj.gov

I further certify that on May 9, 2023, a copy of the foregoing Report of Sale was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

JPMorgan Discover Bank
P.O. Box 3025
New Albany, Oh 43054-3025

NASA Federal Credit Union
Attn: Bankruptcy
Po Box 1588
Bowie, MD 20717

KeyBank
4910 Tiedeman Road
Brooklyn, OH 44144

KeyBank
4910 Tiedeman Road
Brooklyn, OH 44144

Santander Consumer USA Inc.
d/b/a/ Chrysler Capita
P.O. Box 961275
Fort Worth, TX 76161

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

| | | |
|---|---|---|
| Quantum3 Group LLC<br>PO Box 788<br>Kirkland WA 98083 | Portfolio Recovery Assoc.<br>PO Box 12914<br>Norfolk VA 23541 | Synchrony Bank<br>c/o PRA Receivables Mgmt, LLC<br>PO Box 41021<br>Norfolk VA 23541 |
| Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville, Tx 75403 | Hamilton County Treasurer<br>33 N. Ninth St.<br>Noblesville, IN 46060 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251 Evansville IN 47731-0000 |

Respectfully submitted,

By: /s/ Richard J. Shea
Sawin & Shea, LLC
Attorneys for Debtor
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN 46220-2430
ecf@sawinlaw.com