UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kyle Fidler | ) | CASE NUMBER: 22-04587-JJG-13 |
| Jessica Fidler | ) | |
| | ) | |
| DEBTORS | ) | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF AMENDED PLAN

Comes now John M. Hauber, trustee herein, and objects to confirmation of the Amended Chapter 13 plan filed April 28, 2023. In support of the Objection, the Trustee states as follows:

1. The plan fails to treat the following secured creditors: Westlake Flooring Company (claim #18).

2. The plan estimates $52,720 owed to the Hamilton County Auditor that we are to pay through the plan, but there is no claim on file. The trustee is uncertain if the creditor received proper notice.

3. The plan cures pre-petition arrears on mortgages, but no claims have been filed.

4. The plan fails to provide all the debtor's projected disposable income as required by §1325(b)(1)(B). Based on amended Schedule I filed 5/9/23, the debtors are not offering all disposable income to the plan. Also, there may be additional disposable income issues once all secured claims are filed.

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above amended plan be denied.

Respectfully submitted,

Date: May 19, 2023

/s/ John M. Hauber
John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## CERTIFICATE OF SERVICE

I hereby certify that on 05/19/2023, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | SAWIN & SHEA LLC |
| ustpregion10.in.ecf@usdoj.gov | ecf@sawinlaw.com |

I further certify that on 05/19/2023, a copy of the foregoing Trustee's Objection to Confirmation of Amended Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Kyle Fidler
Jessica Fidler
1190 Coral Springs Drive
Cicero, IN   46034

/s/ John M. Hauber

John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644