United States Bankruptcy Court
Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 22-04587-JJG |
| Kyle Fidler | Chapter 13 |
| Jessica Fidler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 19, 2023 | Form ID: s013240 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023                                   Signature:      /s/Gustava Winters

SO ORDERED: May 19, 2023.



*Jeffrey J. Graham*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S013240 (rev 05/2019)

In re:

Kyle Fidler,
Jessica Fidler,
    Debtors.

Case No. **22−04587−JJG−13**

### ORDER SETTING HEARING
### ON OBJECTION TO CONFIRMATION OF AMENDED PLAN

An Objection to Confirmation of Amended Plan was filed on May 19, 2023, by the Trustee John Morgan Hauber. The Court finds that it is appropriate to shorten the notice time required by Fed.R.Bankr.P. 2002(b)(3).

**IT IS ORDERED** that a confirmation hearing on the Objection to Confirmation of Amended Plan will be held as follows:

    Date:  June 6, 2023
    Time:  02:30 PM Eastern
    Place: US Courthouse
           46 E Ohio St Rm 311
           Indianapolis, IN 46204

After a plan has been confirmed, it may be modified only to the extent and under the conditions stated in 11 U.S.C. § 1329.

**IT IS FURTHER ORDERED** that only the debtors, trustee, and filing party receive notice of this hearing.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

The Clerk's Office will distribute this order.

###