UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

NTCTRC (rev 09/2014)

In re:

**Kyle Fidler**,                          Case No. **22–04587–JJG–13**
**Jessica Fidler**,
        Debtors.

## **NOTICE OF TRANSFER OF CLAIM**

A Transfer of Claim #24 was filed on May 22, 2023, by LVNV Funding LLC and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by June 12, 2023.

Dated: May 22, 2023                    Eric R. Kleis
                                            Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re KYLE FIDLER and JESSICA FIDLER,     Case No. 1-22-BK-04587

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known): 24
Amount of Claim: 3,132.19
Date Claim Filed: 1/18/2023

Phone: (877) 264-5884
Last Four Digits of Acct #: 9548

Phone:
Last Four Digits of Acct. #: 9548

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
Phone: (877) 264-5884
Last Four Digits of Acct #: 9548

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson     Date: 5/11/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.