# Notice Recipients

District/Off: 0756–1 | User: admin | Date Created: 5/22/2023
Case: 22–04587–JJG–13 | Form ID: ntctrc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
16516999    Synchrony Bank    c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk VA 23541

TOTAL: 1