United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 22-04587-JJG |
| Kyle Fidler | Chapter 13 |
| Jessica Fidler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2023 | Form ID: ntctrc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16516999 | + Email/PDF: gecsedi@recoverycorp.com | May 22 2023 22:01:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 24, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Robert Pollock | on behalf of Creditor Westlake Flooring Company LLC bpollock@stites.com, StitesCOMPULAW@stites.com;doregan@stites.com |
| J. Andrew Sawin | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| J. Andrew Sawin | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| John Morgan Hauber | |

Case 22-04587-JJG-13    Doc 63    Filed 05/24/23    EOD 05/25/23 00:22:48    Pg 2 of 4

District/off: 0756-1 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2023 | Form ID: ntctrc | Total Noticed: 1

| | |
|---|---|
| | ecfmail@hauber13.com ecfmail1@hauber13.com |
| Marion Gibson Miller | on behalf of Trustee John Morgan Hauber ecfmail@hauber13.com ecfmail1@hauber13.com, ecfmail@hauber13.com,ecfmail1@hauber13.com |
| Richard John Shea, Jr. | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com R57099@notify.bestcase.com |
| Richard John Shea, Jr. | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com R57099@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

NTCTRC (rev 09/2014)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
      Debtors.

Case No. **22–04587–JJG–13**

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #24 was filed on May 22, 2023, by LVNV Funding LLC and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by June 12, 2023.

Dated:  May 22, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re  KYLE FIDLER and JESSICA FIDLER          ,          Case No.  1-22-BK-04587

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known):  24
Amount of Claim:  3,132.19
Date Claim Filed:  1/18/2023

Phone:  (877) 264-5884                      Phone:
Last Four Digits of Acct #:  9548            Last Four Digits of Acct. #:  9548

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603

Phone:  (877) 264-5884
Last Four Digits of Acct #:  9548

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson                      Date:  5/11/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.