UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03004 (rev 03/2017)

In re:

**Kyle Fidler**,                                                    Case No. **22–04587–JJG–13**
**Jessica Fidler**,
      Debtors.

## NOTICE OF FILING OF PROOF OF CLAIM ON BEHALF OF CREDITOR

**NOTICE IS GIVEN** that a Proof of Claim was filed pursuant to Fed.R.Bankr.P. 3004 on May 31, 2023, by the Debtor(s) on behalf of creditor Financial Center First Credit Union.

Dated:  June 1, 2023                          Eric R. Kleis
                                              Clerk, U.S. Bankruptcy Court