# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–1 | User: admin | Date Created: 6/1/2023 |
| Case: 22–04587–JJG–13 | Form ID: SF03004 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
tr　　John Morgan Hauber　　ecfmail@hauber13.com
aty　　J. Andrew Sawin　　ecf@sawinlaw.com
aty　　Marion Gibson Miller　　ecfmail@hauber13.com,ecfmail1@hauber13.com
aty　　Richard John Shea, Jr.　　ecf@sawinlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Kyle Fidler　　1190 Coral Springs Drive　　Cicero, IN 46034
jdb　　Jessica Fidler　　1190 Coral Springs Drive　　Cicero, IN 46034
16474291　　Financial Center First Credit Union　　Attn: Bankruptcy　　Po Box 26501　　Indianapolis, IN 46226

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3