United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 22-04587-JJG |
| Kyle Fidler | Chapter 13 |
| Jessica Fidler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: SF03004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |
| 16474291 | + | Financial Center First Credit Union, Attn: Bankruptcy, Po Box 26501, Indianapolis, IN 46226-0501 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Robert Pollock | on behalf of Creditor Westlake Flooring Company LLC bpollock@stites.com, StitesCOMPULAW@stites.com;doregan@stites.com |
| J. Andrew Sawin | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| J. Andrew Sawin | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| John Morgan Hauber | ecfmail@hauber13.com ecfmail1@hauber13.com |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: SF03004 | Total Noticed: 2 |

| | |
|---|---|
| Marion Gibson Miller | on behalf of Trustee John Morgan Hauber ecfmail@hauber13.com ecfmail1@hauber13.com, ecfmail@hauber13.com,ecfmail1@hauber13.com |
| Richard John Shea, Jr. | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com R57099@notify.bestcase.com |
| Richard John Shea, Jr. | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com R57099@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03004 (rev 03/2017)

In re:

**Kyle Fidler**,
**Jessica Fidler**,

      Debtors.

Case No. **22–04587–JJG–13**

## NOTICE OF FILING OF PROOF OF CLAIM ON BEHALF OF CREDITOR

**NOTICE IS GIVEN** that a Proof of Claim was filed pursuant to Fed.R.Bankr.P. 3004 on May 31, 2023, by the Debtor(s) on behalf of creditor Financial Center First Credit Union.

Dated: June 1, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court