UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KYLE FIDLER ) | CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER ) | |
| ) | |
| DEBTORS ) | |

OBJECTION TO CLAIM AND NOTICE OF RESPONSE DEADLINE

Come now the Debtors, Kyle Fidler and Jessica Fidler, by counsel, and object to the Proof of Claim filed by the Creditor, Westlake Flooring, and in support whereof show the Court as follows:

1. On December 22, 2022, Westlake Flooring filed a secured Proof of Claim in the amount of $10,824.25 (Claim No. 18).

2. The debt of Westlake Flooring is not secured as the business is closed; all available assets have been surrendered. There are no secured assets that have not already been liquidated. Further, the Claim fails to include a UCC filing listing specific assets.

3. Debtors believe the Claim is overstated.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse
46 E. Ohio St.
Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. **If a**

**response is NOT timely filed, the requested relief may be granted.**

If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Debtors move the Court for an order directing to Westlake to file an amended Claim within thirty (30) days and failure to file the amendment shall result in the Claim being disallowed, and any other proper relief.

> By: /s/ Andrew Sawin
> Sawin & Shea, LLC
> Attorneys for Debtor
> 6100 N KEYSTONE AVE STE 620
> INDIANAPOLIS IN  46220-2430
> ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

Kyle Fidler and Jessica Fidler

Westlake Flooring
4751 Wilshire Blvd #100
Los Angeles, CA 90010

Brian Pollock
Stites & Harbison
400 W. Market St., Suite 1800
Louisville, KY 40202

June 20, 2023　　　　　　　　　　　　　　　　/s/ Andrew Sawin

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KYLE FIDLER ) | CASE NO. 22-04587-JJG-13 |
| JESSICA FIDLER ) | |
| ) | |
| DEBTORS ) | |

OBJECTION TO CLAIM AND NOTICE OF RESPONSE DEADLINE

Come now the Debtors, Kyle Fidler and Jessica Fidler, by counsel, and object to the Proof of Claim filed by the Creditor, Westlake Flooring, and in support whereof show the Court as follows:

1. On December 22, 2022, Westlake Flooring filed a secured Proof of Claim in the amount of $10,824.25 (Claim No. 18).

2. The debt of Westlake Flooring is not secured as the business is closed; all available assets have been surrendered. There are no secured assets that have not already been liquidated. Further, the Claim fails to include a UCC filing listing specific assets.

3. Debtors believe the Claim is overstated.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

   116 U.S. Courthouse
   46 E. Ohio St.
   Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. **If a**

**response is NOT timely filed, the requested relief may be granted.**

If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Debtors move the Court for an order directing to Westlake to file an amended Claim within thirty (30) days and failure to file the amendment shall result in the Claim being disallowed, and any other proper relief.

> By: /s/ Andrew Sawin
> Sawin & Shea, LLC
> Attorneys for Debtor
> 6100 N KEYSTONE AVE STE 620
> INDIANAPOLIS IN  46220-2430
> ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 13 Trustee

Kyle Fidler and Jessica Fidler

Westlake Flooring
4751 Wilshire Blvd #100
Los Angeles, CA 90010

Brian Pollock
Stites & Harbison
400 W. Market St., Suite 1800
Louisville, KY 40202


June 20, 2023                                         /s/ Andrew Sawin