SO ORDERED: July 21, 2023.



*Jeffrey J. Graham*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 12/2022)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
      Debtors.

Case No. **22–04587–JJG–13**

## ORDER MOOTING OBJECTION TO CLAIM

An Objection to Claim # 18 for Westlake Flooring Company, LLC was filed on June 20, 2023, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler.

**IT IS ORDERED** that the Objection to Claim # 18 for Westlake Flooring Company, LLC is **MOOTED** due to an amended claim being filed.

The Clerk's Office will distribute this order.

###