# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 7/21/2023 |
| Case: 22−04587−JJG−13 | Form ID: sgeneric | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | John Morgan Hauber | ecfmail@hauber13.com |
| aty | Brian Robert Pollock | bpollock@stites.com |
| aty | J. Andrew Sawin | ecf@sawinlaw.com |
| aty | Marion Gibson Miller | ecfmail@hauber13.com,ecfmail1@hauber13.com |
| aty | Richard John Shea, Jr. | ecf@sawinlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Kyle Fidler | 1190 Coral Springs Drive | Cicero, IN 46034 | |
| jdb | Jessica Fidler | 1190 Coral Springs Drive | Cicero, IN 46034 | |
| 16502211 | Westlake Flooring Company, LLC | 4751 Wilshire Blvd., Suite 100 | Los Angeles, CA 90010 | |

TOTAL: 3

Case 22-04587-JJG-13   Doc 71-1   Filed 07/21/23   EOD 07/21/23 09:25:41   Pg 1 of 1