United States Bankruptcy Court

Southern District of Indiana

In re:  
Kyle Fidler  
Jessica Fidler  
    Debtors

Case No. 22-04587-JJG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0756-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: sgeneric | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kyle Fidler, Jessica Fidler, 1190 Coral Springs Drive, Cicero, IN 46034-9214 |
| 16502211 | + Westlake Flooring Company, LLC, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Robert Pollock | on behalf of Creditor Westlake Flooring Company  LLC bpollock@stites.com, StitesCOMPULAW@stites.com;doregan@stites.com |
| J. Andrew Sawin | on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| J. Andrew Sawin | on behalf of Debtor Kyle Fidler ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| John Morgan Hauber | ecfmail@hauber13.com  ecfmail1@hauber13.com |

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: sgeneric | Total Noticed: 2 |

Marion Gibson Miller
    on behalf of Trustee John Morgan Hauber ecfmail@hauber13.com ecfmail1@hauber13.com, ecfmail@hauber13.com,ecfmail1@hauber13.com

Richard John Shea, Jr.
    on behalf of Debtor Kyle Fidler ecf@sawinlaw.com R57099@notify.bestcase.com

Richard John Shea, Jr.
    on behalf of Joint Debtor Jessica Fidler ecf@sawinlaw.com R57099@notify.bestcase.com

U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

TOTAL: 8

SO ORDERED: July 21, 2023.



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 12/2022)

In re:

**Kyle Fidler**,
**Jessica Fidler**,
        Debtors.

Case No. **22−04587−JJG−13**

### ORDER MOOTING OBJECTION TO CLAIM

An Objection to Claim # 18 for Westlake Flooring Company, LLC was filed on June 20, 2023, by Debtor Kyle Fidler and Joint Debtor Jessica Fidler.

**IT IS ORDERED** that the Objection to Claim # 18 for Westlake Flooring Company, LLC is **MOOTED** due to an amended claim being filed.

The Clerk's Office will distribute this order.

###