UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                )
                                      )
KYLE FIDLER                           )    CASE NO. 22-04587-JJG-13
JESSICA FIDLER                        )
                                      )
DEBTORS                               )

## AGREED MODIFICATION OF PLAN NOT SUBJECT TO NOTICE

The parties hereto agree that debtor's plan must be immaterially modified to resolve an existing issue or objection. This modification meets the requirements of 11 U.S.C. § 1322 and becomes part of the debtor's plan without any necessity for notice herein.  The agreement of the parties is:

Debtors shall pay a total of $12,164.00 for the period of 12/11/22 through 8/11/23 (9 months); thereafter:
Commencing 9/11/23, Debtors shall pay $1,600.00 per month for 9 months ($14,400); commencing 6/11/24, Debtors shall pay $1,659 per month for 39 months ($64,701); then commencing 9/11/27, Debtors shall pay $1,869 per month for 1 month ($1,869); then commencing 10/11/27, Debtors shall pay $1,919 per month for 2 months for an initial 60 month plan base of $96,972.00.  In addition, Debtor shall turnover one-half (50%) of his net annual profit-sharing bonus plus an additional $1,619.70 annually for 4 years from the bonus representing the amount needed to re-coup the 2023 bonus that was retained bonus.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve this Stipulation.

DATE: 9/26/23                         _____
                                      CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 9/22/23                         _____
                                      DEBTOR'S COUNSEL