**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kyle Fidler ) | CASE NUMBER: 22-04587-JJG-13 |
| Jessica Fidler ) | |
| ) | |
| DEBTORS ) | |

**TRUSTEE'S REPORT TO COURT**

  Comes now John M. Hauber, trustee herein, and after having conducted a Meeting of Creditors in the above proceeding, has determined that the debtor's plan (or amended plan) meets the following six (6) requirements for confirmation under 11 U.S.C. 1325:  1) It complies with the provisions of the Bankruptcy Code; 2) All fees, charges or amounts required under Chapter 13 of title 28, or by the plan, have been paid; 3) The plan has been proposed in good faith and not by any means forbidden by law; 4) A liquidation analysis has been conducted and the trustee hereby assures the Court that unsecured creditors are to receive not less than the sum they would be paid if the debtor's estate were liquidated in a proceeding under Chapter 7; 5) Secured creditors are provided lien retention and have either accepted the debtor's plan or are to receive appropriate value on account not less than the allowed amount of the claims, or the debtor's plan surrenders the property securing such claims to such secured claim holders; 6) Further, plan feasibility has been established and debtor has demonstrated the ability to make payments under the plan and to comply with the plan.

  Further, if any disposable income test issue was previously raised by your trustee or the holder of an allowed unsecured claim, your trustee would advise the Court that such issue has been wholly resolved and that the requirements of 11 U.S.C. 1325(b) have been met.

  WHEREFORE, your trustee requests that the Court now enter an order confirming the debtor's Chapter 13 plan for the reason that it meets all requirements for confirmation under 11 U.S.C. 1325; further, your trustee requests that the Court order an allowance of his percentage fees and for an order directing the debtor to make the plan payments to your trustee herein.

Date:  September 26, 2023

Respectfully Submitted,

/s/ John M. Hauber
John M. Hauber, Trustee
P.O.BOX 441644
INDIANAPOLIS, IN  46244-1644

Distribution To:
U.S. Trustee