UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE:

Kyle Fidler
Jessica Fidler

Debtors

CASE NO: 22-04587-JJG-13

**NOTICE OF CONFIRMATION**

    On 09/27/2023, the Court entered the Order Confirming Plan in the Chapter 13 case listed above.

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN  46204

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE:

Kyle Fidler
Jessica Fidler

Debtors

CASE NO: 22-04587-JJG-13

**CERTIFICATE OF SERVICE**

    I hereby certify that on 09/28/2023, a copy of the foregoing Notice of Confirmation will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

    SAWIN & SHEA LLC   ecf@sawinlaw.com

    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

    I further certify that on 09/28/2023, a copy of the foregoing Notice of Entry of Confirmation was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/ John M. Hauber
John M. Hauber, Trustee
320 N. Meridian St.
Suite 200
Indianapolis, IN  46204

Kyle Fidler
Jessica Fidler
1190 Coral Springs Drive
Cicero, IN  46034

1st Source Bank
Attn: Bankruptcy
Po Box 1602
South Bend, IN  46634

ADT, LLC
3190 S Vaughn Way
Aurora, CO  80014

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 300001
Greenville, TX  75403

American Express
PO Box 650448
Dallas, TX  75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA

American Tire Distributors
2855 Fortune Circle West
Indianapolis, IN  46241

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX  76096

AmeriCredit/GM Financial
Po Box 181145
Arlington, TX  76096

Automotive Finance Corporation
11299 N. Illinois St.
Carmel, IN  46032

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE  19899

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE  19899

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT  84130

Capital One
Po Box 31293
Salt Lake City, UT  84131

Carsforsale.com, Inc.
POB 91537
Sioux Falls, SD  57109

Christina Bruno
Kinetic Advantage, LLC
10333 North Meridian Street, Ste. 400
Indianapolis, IN  46290

Chrysler Capital
PO Box 660335
Dallas, TX  75266-0335

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO  63179

Citibank/Best Buy
Po Box 6497
Sioux Falls, SD  57117

Comcast Business
PO Box 70219
Philadelphia, PA  19176

Comenity Bank/Buckle
Attn: Bankruptcy
Po Box 182125
Columbus, OH  43218

Comenity Bank/Buckle
Po Box 182789
Columbus, OH  43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV  89193

Credit One Bank
Po Box 98872
Las Vegas, NV  89193

Cws/cw Nexus
Attn: Card Services
Po Box 9201
Old Bethpage, NY  11804

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH  43054

Discover Financial
Pob 15316
Wilmington, DE  19850

Dovenmuehle Mortgage, Inc.
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL  60047

Duke Energy
PO Box 1326
Charlotte, NC  28201-1326

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA  30374-0256

Experian&#39;s National Consumer
Assist Ctr.
PO Box 4500
Allen, TX  75013

Financial Center First Credit Union
Attn: Bankruptcy
Po Box 26501
Indianapolis, IN  46226

First Merchants Bank
Attn: Bankruptcy
200 E Jackson St
Muncie, IN  47305

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD  57117

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA  30348

Freedom Plus
1875 South Grant Street
San Mateo, CA  94402

Freedom Plus
Attn: Bankruptcy
Po Box 2340
Phoenix, AZ  85002

Gymies Fitness Center
47 W. Jackson Street
Cicero, IN  46034

Hamilton County Auditor
33 North Ninth Street
Suite L21
Noblesville, IN  46060

Huntington Bank
106 S. Main St.
Akron, OH  44308

Huntington Bank
Attn: Bankruptcy
Po Box 182519
Columbus, OH  43218

Huntington Bank
Attn: Bankruptcy
Po Box 89424
Cleveland, OH  44101

Huntington Bank
Po Box 1558
Columbus, OH  43216

Huntington National Bank
Attn: Bankruptcy
Po Box 340996
Columbus, OH  43234

Huntington National Bank
Po Box 1558
Columbus, OH  43216

IDR
Bankrupty Section
100 N. Senate Ave, MS 108
Indianapolis, IN  46204

Internal Revenue Service
Attn: Bankruptcy Dept
PO Box 7346
Philadelphia, PA  19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX  75001

KeyBank/US Bank/CC
Attn: Bankruptcy
4910 Tiedeman Road
Brooklyn, OH  44144

Kinetic Advantange LLC
10333 North Meridian Street
Indianapolis, IN  46290

Kyle Fidler
1190 Coral Springs Drive
Cicero, IN  46034

Lendclub Bnk
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA  94105

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH  45040

Macys/fdsb
Po Box 6789
Sioux Falls, SD  57117

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD  21236

Mariner Finance
P.o. Box 43490
Baltimore, MD  21236

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368

NASA Federal Credit Union
Attn: Bankruptcy
Po Box 1588
Bowie, MD  20717

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA  18773

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA  18773

Navient
Po Box 9635
Wilkes Barre, PA  18773

Navient Solutions, LLC. on behalf of
Ascendium Education Solutions Inc
PO BOX 8961
Madison, WI  53708-8961

Navy FCU
1 Security Place
Merrifield, VA  22116

Navy FCU
820 Follin Lane
Vienna, VA  22180

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA  22119

Nipsco
PO Box 13007
Merrillville, IN  46411-3007

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN  47731

OneMain Financial
Po Box 1010
Evansville, IN  47706

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA  90051

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Richard T. Avis, Attorney & Associates
POB 31579
Chicago, IL  60631

Rubin & Levin P.C.
135 N Pennsylvania St, Suite 1400
Indianapolis, IN  46204

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX  76161

Santander Consumer USA Inc. d/b/a/
Chrysler
P.O. Box 961275
Fort Worth, TX  76161

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL  32896

Synchrony Bank/Care Credit
C/o Po Box 965036
Orlando, FL  32896

Synchrony Bank/hhgregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL  32896

Synchrony Bank/hhgregg
C/o Po Box 965036
Orlando, FL  32896

Synchrony Bank/JCPenney
Po Box 965007
Orlando, FL  32896

Synchrony Bank/Lowes
Po Box 956005
Orlando, FL  32896

TransUnion Consumer Solutions
PO Box 2000
Chester, PA  19016-2000

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN

Uplift, Inc.
Attn: Bankruptcy
801 El Camino Real
Menlo Park, CA  94025

USDOE/GLELSI
2401 International Lane
Madison, WI  53704

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI  53707

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA  50306

Westlake Flooring Company, LLC
4751 Wilshire Blvd., Suite 100
Los Angeles, CA  90010

Wm Corporate Services, Inc.
As Payment Agent
POB 4648
Carol Stream, IL  60197-4648